# EXHIBIT B





Stock Name:ZHUHAI COSMX
Stock Code： 688772

| About Us | EV & ESS | Consumer Applications | Innovative Applications | R&D Innovation | Investor Relations |

首页 > Service and Support > Customer Support > Service Website

EN | CN

# Service Website





## Please send us your questions

Service and Support

| Zhuhai | Chongqing | HongKong | Shanghai | Zhejiang |
| --- | --- | --- | --- | --- |
| Taipei | Cairo | Cape Town | Chennai | Cirebon |
| Helsinki | Islamabad | Kyoto | Lagos | Mexico City |
| Riyadh | Santiago | Sao Paulo | Seoul | Sunnyvale |

Website Map | Legal Statement | Contact US

| About US | EV & ESS | Consumer Applications | Innovative Applications | R&D Innovation |
| --- | --- | --- | --- | --- |
| About US | PACK | Mobile Phone Battery | UAV | Fundamental and Advanced Technologies |
| Culture | CELL | Laptop Battery | Vacuum Cleaner | Platform and Product Development |
| Social Responsibility | | Mini Battery | Power Tools | Test Laboratory |
| Join US | | | | MRD |
| Newsroom | Investor Relations | Service and Support | | |
| Contact US | | | | |
| | Investor Interaction | Customer Support | | |
| | IR Contact | Download Center | | |

Follow Us:  

Zhuhai CosMX Battery Co., Ltd. Copyright reserved ICP Filing: 粤ICP备13029318号 粤公网安备 44040302000310号