# EXHIBIT D

Case 2:24-cv-00728-JHC Document 14 Filed 09/06/24 Page 3 of 38 PageID #: 296



Delivering to Sanfrancisco 94102
Update location

Electronics ▾    Search Amazon

EN ▾    Hello, sign in    Returns    0
Account & Lists ▾    & Orders

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    New Releases    Music    Prime ▾    **Celebrate National Small Business Month**

**Computers**    Laptops    Desktops    Monitors    Tablets    Computer Accessories    PC Components    PC Gaming    Deals

Shop
now

Electronics › Computers & Accessories › Computers & Tablets › Laptops › Traditional Laptops    Sponsored








10 VIDEOS

360°



Roll over image to zoom in



alexa    Ask to set reminders, check your calendar, control smart home devices, and more with this PC.
ALEXA BUILT-IN   Learn more

## Acer Swift X SFX14-41G-R1S6 Creator Laptop | 14" Full HD 100% sRGB | AMD Ryzen 7 5800U | NVIDIA RTX 3050Ti GPU | 16GB LPDDR4X | 512GB SSD | Wi-Fi 6 | Backlit KB | Amazon Alexa | Windows 10 Home

Visit the acer Store

4.3 ⭐    779 ratings

| Search this page

**-20%** $851.40

List Price: $1,069.00 ⓘ

FREE Returns

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Available at a lower price from other sellers that may not offer free Prime shipping.

| Brand | acer |
|---|---|
| Model Name | Swift X |
| Screen Size | 14 Inches |
| Color | Gold |
| Hard Disk | 512 GB |

∨ See more

## About this item

- Aspect Ratio:16:9
- Ultimate Performance. Uncompromised Battery Life: Speed up tasks with AMD Ryzen 7 5800U processor with Zen 3 Core Architecture, available for ultrathin



Buy new:
$851.40

FREE Returns

FREE delivery May 16 - 20. Details

Or fastest delivery **Friday, May 17**. Order within 16 hrs 50 mins. Details

Delivering to Sanfrancisco 94102 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Oydisen WOWPC (Next Day Shipping Available) |
|---|---|
| Sold by | Oydisen WOWPC (Next Day Shipping Available) |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

**Seller Certifications:**
Minority-Owned Business

**Add a Protection Plan:**
☐ 4-Year Protection for $146.99
☐ 2-Year Protection for $89.99
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

**Save with Used - Like New**
$729.88

FREE delivery May 20 - 24

Ships from: ETRON INC - ELECTRONICS SUPPLIER
Sold by: ETRON INC - ELECTRONICS SUPPLIER

Add to List

**Other sellers on Amazon**

5/13/24, 6:14 AM | Amazon.com: Acer Swift X SFX14-41G-R1S6 Creator Laptop | 14" Full HD 100% sRGB | AMD Ryzen 7 5800U | NVIDIA RTX 305...

Case 2:24-cv-00728-JRG Document 1-4 Filed 09/06/24 Page 3 of 38 PageID #: 207

laptops, so you can save time and get back to creating

- RTX, It's On: The latest NVIDIA GeForce RTX 3050 Ti Laptop GPU (4GB GDDR6 VRAM) is powered by award-winning Ampere architecture with new Ray Tracing Cores, Tensor Cores, and streaming multiprocessors supporting DirectX 12 Ultimate for incredible creativity
- A True Visual Representation: Create your best content on the 14" Full HD (1920 x 1080) IPS Widescreen LED-backlit 100% sRGB display with 300 nits brightness and 16:9 aspect ratio
- Internal Specifications: 16GB LPDDR4X memory (maximum 16GB); 512GB NVMe SSD; 802.11ax Wi-Fi 6 Dual-Band 2.4 GHz and 5 GHz featuring 2x2 MU-MIMO technology; Bluetooth 5.2
- Windows Hello with Fingerprint Reader: Biometric fingerprint reader and Windows Hello sign-in options help keep your Acer PC secure
- Using Alexa on your PC is as easy as asking a question. Just ask and Alexa can check your calendar, create lists, play music, answer questions, read the news and more.

⌄ Show more

Report an issue with this product or seller

New & Used (15) from $631²¹ & **FREE Shipping**.

**Add an Accessory:**

Microsoft 365 Family | 12-Month Subscription, up to 6 people | Premium Office Apps | 1TB On...
$98.88    Add to Cart

Norton 360 for Amazon 2024, Antivirus software for up to 5 Devices with Auto Renewal [S...
$34.99    Add to Cart

Adobe Acrobat Professional DC | PDF converter | 12-month Subscription with auto-renewal...
$239.88    Add to Cart

TurboTax Deluxe 2023 Tax Software, Federal & State Tax Return [Amazon Exclusive] [P...
$69.99    Add to Cart

Add to cart

Sponsored

---

**There is a newer model of this item:**



acer 2023 Newest Predator Helios Neo Gaming Laptop, 16" 165Hz WUXGA Display, Intel 16-Core i7-13700HX(up to 5GHz), GeForce RTX 4050, 64GB DDR5, 1TB SSD, Backlit Keyboard, Wi-Fi 6, Windows 11 Home
$1,499.00
Only 5 left in stock - order soon.

Sponsored

## Frequently bought together



\+



Total price: $885.99

Add both to Cart

One of these items ships sooner than the other.
Show details

**This item:** Acer Swift X SFX14-41G-R1S6 Creator Laptop | 14" Full HD 100% sRGB | AMD Ryz...
$860⁰⁰

Acer RF Wireless Mouse M501 (Black), Works with Chromebook, with USB Plug and Play for...
$25⁹⁹

## More from frequently bought brands

Sponsored ⓘ

5/13/24, 6:14 PM    Amazon.com: Acer Swift X SFX14-41G-R1S6 Creator Laptop | 14" Full HD 100% sRGB | AMD Ryzen 7 5800U | NVIDIA RTX 305...

Case 2:24-cv-00728-JRC   Document 1-4   Filed 09/06/24   Page 4 of 38   PageID #: 299








| acer Swift Go 14 Intel Evo Thin & Light Laptop \| 14" OLED 2880 x 1800 90Hz Display ... | Lenovo V15 Business Laptop, 15.6" FHD Display, AMD Ryzen 3 7320U Processor,... | Lenovo V15 G4 Business Laptop, 15.6" FHD Screen, 13th Gen Intel 10 Cores i7-1355U u... | HP EliteBook 845 Business Laptop, 14" FHD Display, AMD Ryzen 7 Pro 5850U, 32GB... | acer Swift Edge 16 Thin and Light Business Laptop 16" 4K OLED CineCrystal 400 nits ... | acer Swift Edge & Business Lapt Ryzen 7 7735U 16GB LPDDR5) |
| 197 | 13 | 15 | 1 | | |
| $799.99 | $599.00 | $799.00 | $839.00 | $899.00 | $799.00 |
| | Save $150.00  with coupon | | | | |

## Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days







| acer Swift Go 14 Intel Evo Thin & Light Laptop \| 14" OLED 2880 x 1800 90Hz Display ... | ACEMAGIC Laptop Computer, Quad-Core Intel N95 Processor, Windows 11 Laptop,... | Lenovo V15 G4 Business Laptop, 15.6" FHD Screen, 13th Gen Intel 10 Cores i7-1355U u... | HP 17.3 Inch Business Laptop, 11th Gen Intel Core i3-1125G4, Windows 11 Pro, 16GB... | Dell Inspiron 7630 Laptop - 16.0-inch 16:10 2.5K (2560x1600) Display, Intel Core i7... | ASUS Vivobook OLED Laptop, Ir Ultra 9 185H, 16 SSD, Neutral Bl |
| 197 | 19 | 15 | 15 | 2 | 3 |
| | 72% off | | | | |
| | **Limited time deal** | | | 🌱 Climate Pledge Friendly | |
| $799.99 | $359.99 | $799.00 | $599.00 | $1,199.97 | $899.99 |
| | List: $1,299.99 | | | | |
| | Save 5%  with coupon | | | | |

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | Acer Swift X SFX14-41G-R1S6 Creator Laptop \| 14" Full HD 100% sRGB \| AMD Ryzen 7 5800U \|... | Acer Swift 3 Thin & Light Laptop \| 14" Full HD IPS 100% sRGB Display \| AMD Ryzen 7 5700U... | Acer Swift X SFX14-42G-R607 Creator Laptop \| 14" Full HD 100% sRGB \| AMD Ryzen 7 5825U \|... | Acer Swift X SFX14-41G-R7YT Creator Laptop \| 14" Full HD 100% sRGB \| AMD Ryzen 5 5600U \|... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | -20% $860.00 List: $1,069.99 | -23% $575.00 List: $749.99 | $899.00 | $599.98 |
| Delivery | Get it as soon as **Sunday, May 19** | Get it **May 20 - 24** | Get it **May 16 - 20** | — |
| Customer Ratings | 4.3    779 | 4.3    800 | 4.3    238 | 4.2    12 |
| Fingerprint Reader | 4.7 | 4.5 | 4.3 | — |
| Battery Life | 4.2 | 4.1 | 4.3 | — |
| Screen Quality | 4.1 | 4.5 | 4.0 | — |

5/13/24, 6:14 PM    Amazon.com: ACER SFX14-41G-R1S6 Creator Laptop | 14" FHD 100% sRGB | AMD Ryzen 7 5800U | NVIDIA RTX 305…

Case 2:24-cv-00728-JHC   Document 14   Filed 09/06/24   Page 5 of 38   PageID #: 299

| | | | |
|---|---|---|---|
| **For Gaming** | 4.0 | 3.4 | 3.7 | — |
| **Camera Quality** | 3.8 | 3.6 | — | — |
| **Sold By** | QuickSpeed Tech-signature required at delivery | QuickSpeed Tech-signature required at delivery | A Vendor | Happy Ranger |
| **Display Size** | 14 inches | 14 inches | 14 inches | 14 inches |
| **Hard Disk Size** | 512 GB | 512 GB | 512 GB | 512 GB |
| **Computer Memory Size** | 16 GB | 8 GB | 16 GB | 8 GB |
| **Cpu Manufacturer** | AMD | AMD | AMD | AMD |
| **Cpu Speed** | 1.9 GHz | 4.3 GHz | 2 GHz | 4.2 GHz |
| **Cpu Model Number** | Ryzen 7 5800U | Ryzen 7 5700U | Ryzen 7 5825U | Ryzen 5 5600U |

## Looking for specific info?

---

## Product information

### Technical Details

∧ Collapse all

∧ **Summary**

| | |
|---|---|
| Standing screen display size | 14 Inches |
| Screen Resolution | 1920 x 1080 pixels |
| Max Screen Resolution | 1920 x 1080 Pixels |
| Processor | 1.9 GHz amd_ryzen_7 |
| RAM | 16 GB LPDDR4 |
| Hard Drive | 512 GB SSD |
| Graphics Coprocessor | NVIDIA GeForce RTX 3050 Ti |
| Chipset Brand | NVIDIA |
| Card Description | Dedicated |
| Graphics Card Ram Size | 4 GB |
| Wireless Type | 802.11ax |
| Number of USB 3.0 Ports | 3 |
| Average Battery Life (in hours) | 12 Hours |

∧ **Other Technical Details**

| | |
|---|---|
| Brand | acer |
| Series | Swift X |
| Item model number | SFX14-41G-R1S6 |
| Hardware Platform | PC |
| Operating System | Windows 10 Home |
| Item Weight | 3.3 pounds |
| Product Dimensions | 8.35 x 12.71 x 0.7 inches |
| Item Dimensions LxWxH | 8.35 x 12.71 x 0.7 inches |
| Color | Gold |

### Additional Information

| | |
|---|---|
| ASIN | B093TK1PXF |
| Customer Reviews | 4.3 ⭐ 779 ratings <br> 4.3 out of 5 stars |
| Best Sellers Rank | #16,107 in Computers & Accessories (See Top 100 in Computers & Accessories) <br> #2,655 in Traditional Laptop Computers |
| Date First Available | June 1, 2021 |

### Warranty & Support

Amazon.com Return Policy: You may return any new computer purchased from Amazon.com that is "dead on arrival," arrives in damaged condition, or is still in unopened boxes, for a full refund within 30 days of purchase. Amazon.com reserves the right to test "dead on arrival" returns and impose a customer fee equal to 15 percent of the product sales price if the customer misrepresents the condition of the product. Any returned computer that is damaged through customer misuse, is missing parts, or is in unsellable condition due to customer tampering will result in the customer being charged a higher restocking fee based on the condition of the product. Amazon.com will not accept returns of any desktop or notebook computer more than 30 days after you receive the shipment. New, used, and refurbished products purchased from Marketplace vendors are subject to the returns policy of the individual vendor.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

5/13/24, 6:14 PM    Amazon.com: Acer Swift X SFX14-41G-R1S6 Creator Laptop | AMD Ryzen 5 5600U | NVIDIA RTX 305...

Case 2:24-cv-00728-JRG Document 1-4 Filed 09/06/24 Page 6 of 38 PageID #: 300

| Processor Brand | AMD |
| --- | --- |
| Number of Processors | 8 |
| Computer Memory Type | DDR4 SDRAM |
| Flash Memory Size | 512 GB |
| Hard Drive Interface | NVMe |
| Optical Drive Type | No Optical Drive |
| Power Source | Battery Powered |
| Voltage | 240 Volts |
| Batteries | 1 Lithium Polymer batteries required. (included) |

**Product Description**

The product is multiple voltage compatible, that voltage arrange is 100-240V.

## What's in the box

- Laptop
- AC Adapter
- Power Cord

## Videos

### Videos for this product



| | | |
| --- | --- | --- |
| 1:56 | 5:20 | 1:50 |
| Customer Review: Glad I purchased this. | Customer Review: Zippy performance with outstanding... | UNBOXING Acer Swift X Laptop w/ AMD 5800U & RTX 3050ti |
| Lamar. | Andrea Polk | Digital David |

Upload your video

## From the manufacturer





## Product guides and documents

User Manual (PDF)

5/13/24, 6:14 PM    Amazon.com: Acer SFX14 SF314-41G-R1S6 Creator Laptop, AMD Ryzen 7 4700U RTX 305...

Case 2:24-cv-00728-JRC    Document 14    Filed 09/06/24    Page 8 of 38 PageID #: 302

Sponsored

| Alienware | acer | FUNYET |
| Shop the Store on Amazon › | Shop the Store on Amazon › | Shop the Store on Amazon › |

Alienware X16 R1 Gaming Laptop - 16-inch QHD+ 240Hz Display, Intel Core i9-...
182
$2,699.99 List: $2,949.97

acer Swift Go 14 Intel Evo Thin & Light Laptop | 14" 1920 x 1200 Touch Display | ...
197
$799.99 List: $999.99

FUNYET 14 I
Gaming Lapto
$249.99

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

ACEMAGIC Laptop Computer, Quad-Core Intel N95 Processor, Windows 11 Laptop,...
19
72% off | Limited time deal
$359.99
List: $1,299.99

Save 5% with coupon

acer Swift Go 14 Intel Evo Thin & Light Laptop | 14" OLED 2880 x 1800 90Hz Display ...
197
$799.99

ACEMAGIC Laptop Computer 16 inch FHD Display, 16GB RAM 512GB ROM with...
3
73% off | Limited time deal
$379.99
List: $1,399.99

Apple 2024 MacBook Air 15-inch Laptop with M3 chip: 8GB Memory, 512GB Storage; Star...
73
$1,628.00

Apple 2024 MacBook Air 13-inch Laptop with M3 chip: 8GB Memory, 512GB Storage; Midn...
94
$1,398.00

Dell Inspiron 14 7440 Laptop - 14 16:10 2.2K (224 Display, Intel...
2
$2,999.00

Shop now

Sponsored

## Customer reviews

4.3 out of 5

779 global ratings

| 5 star | | 69% |
| 4 star | | 15% |
| 3 star | | 5% |

### Customers say

Customers like the gaming capabilities of the laptop. They say it has great battery life and is able to support some intense gaming. Customers also appreciate the value, and weight of the product. That said, opinions are mixed on sound quality, performance, battery life, quality, and screen.

AI-generated from the text of customer reviews

✓ Value   ✓ Weight   ✓ Gaming   Performance   Quality   Battery life   Sound quality

5/13/24, 6:14 PM    Amazon.com: Acer SFX14-41G-R1S6 Creator LPDDR4X ... Laptop 1080p 100% ... RGB | AMD Ryzen ... 4GB | NVIDIA RTX 305...

Case 2:24-cv-00728-JHC    Document 14    Filed 09/06/24    Page 9 of 38 PageID #: 302

2 star ▭ 4%

1 star ▭ 8%

⌄ How customer reviews and ratings work

[Shop now]

Sponsored

Screen

## Reviews with images

See all photos ›

   

---

Top reviews

## Top reviews from the United States

 BridgetC

**Ryzen 7, Solid choice multipurpose laptop**

Reviewed in the United States on July 3, 2023

**Verified Purchase**

I have had this laptop for one year as of this month, so it is not the bleeding edge of technology. That said, I have been very satisfied with my purchase. I am in grad school, I do a lot of writing, and I think the build quality and the keyboard is great. I have never once hit the off key accidentally or had any trouble with the back-lit keyboard on the light colored keyboard. I mention those because I remember them as issues in another review. My PC is not working right now and I have been doing some gaming when I have time, and I would advise a cooling fan that sits under the laptop and raises it up to add to circulation or it will get hot. I think that is a general issue with laptops unless maybe they have some built in specialized cooling mechanisms, and even those may have to have the extra cooling. The only con I have for this laptop is that it only has 2 USB 3 ports and I wish it had 1 more, it has a micro USB so it can be charged that way with a string enough charger (the one that fast charges my s23U works great) and it does charge fairly quickly and holds the charge well for daily use. It will need to be plugged in for gaming and I use the charger that it came with for that. Speakers seem ok, for YouTube, good enough. Gaming I definitely use a headset. Screen is only a 60ghz refresh rate, it still looks fine to me, I think the 300 nits brightness and color balance are good. I have

⌄ Read more



40 people found this helpful

[ Helpful ]    Report

 Tim Gallagher

**Great Mid-High End Portable Laptop for Software Development and Light-Midweight Gaming**

Reviewed in the United States on July 22, 2021

**Verified Purchase**

Note: Minor review edits after ~2 months w/ laptop

This is a very powerful laptop that doesn't have the drawbacks of many gaming laptops. It looks normal, has a charging brick of 90W which is actually portable, and is nice and lightweight. Main distinguishing factors are:
- really nice display (100% srgb 1080p 60hz max 300 nits w/ good brightness scaling)
- good build quality overall, with the lid being a tiny bit wobbly
- the top-notch performance for an 14″ ultra-thin (see details below if interested)
- really small size
- thermals are decent, especially for what it is, though fan gets very loud under heavy loads

The screen and keyboard are both pretty nice (keyboard backlight is a nice plus) and webcam is fine (720p). Port selection includes 2 USB 3.0, 1 USB C, 1 HDMI, Combined Audio, and a Kensington Lock. It's a bit annoying that there's no ethernet or SD card reader; however, the I got a tp-link ethernet + usb hub for ~$30

⌄ Read more

5/13/24, 6:14 PM    Amazon.com: Acer Swift X SFX14-41G-R1S6 Creator Laptop | AMD Ryzen 7 5800U | 14" Full HD 100% sRGB | NVIDIA RTX 305...

Case 2:24-cv-00728-JRG-RSP    Document 1-4    Filed 09/06/24    Page 10 of 38 PageID #: 304



122 people found this helpful

[ Helpful ]    Report

 Cesar

**Very good for the price, with some compromises...**
Reviewed in the United States on October 24, 2021
Verified Purchase

I bought this laptop with the intention of using it for school and for some light gaming. I wanted something thin, small, light, with good battery life. I didn't expect to pay such a low price for an item matching my requirements. This is a great laptop but it's got things that one should know about before buying.

Speakers: They are bad, not decent, outright bad. There is little sound clarity and they are very quiet. If the sound is important, I recommend looking somewhere else.

Bloatware: Too much, it's difficult to get rid of and it will try to sneak its way back in. At least it stays hidden and doesn't pop up. Be warned, this laptop comes with one of those annoying anti-viruses. It took little effort to get rid of it and it never came back.

Screen: Looks nice, a lot better than a budget laptop. But, this isn't a Surface, Macbook, or XPS. Do not expect an amazing screen. Expect a good screen, it's pretty bright as well.

⌄ Read more

27 people found this helpful

[ Helpful ]    Report

**See more reviews ›**

## Top reviews from other countries

[ Translate all reviews to English ]

 Amazon Customer

**Great battery life**
Reviewed in Canada on February 6, 2023
Verified Purchase

I like that it lasts all do with moderate load but can handle somewhat heavier loads when needed. I do a lot of photo editing which it handles well. It can do simple editing of 4k video when I need it to.

Report

 Dennis Lim

**Great specs and value**
Reviewed in Singapore on November 18, 2022
Verified Purchase

Very good specs in a portable package of 1.4kg. However, 1 glaring flaw is the uneven keyboard backlight. In addition, with the backlight on during daytime makes the keyboard characters almost unreadable. Silver keys and a white backlight is a bad combination. I have a hp laptop with black keys and I do not face this readability issue.

One person found this helpful

Report

 Zander Teo

**best laptop for work and lightweight gaming**
Reviewed in Singapore on November 11, 2021
Verified Purchase

cant believe this is only priced at $1.4K SGD, such a steal. i use this for my work, school and for gaming and performance is amazing. have yet to try video rendering and content creation performance. for a lightweight

laptop at ~1.3kg, it holds up most AAA games at 60fps at medium-high settings which is crazy

Report

---

Shawn

**Good stuff. You won't find pc with the same specs at this price at just 1.4kg.**
Reviewed in Singapore on October 16, 2021
<span style="color:orange">Verified Purchase</span>

Good stuff. Won't find any laptops with these specs at this price, what more weighing only 1.4kg.

Only gripe here is that keyboard and chassis gets incredibly hot when attempting to play mainstream games (halo, bf, dota etc). Granted this was touted as a video editing and design laptop, and not so much a gaming laptop, despite the damn impressive gaming specs.

Was wondering if there's any way to open the bottom chassis and install a modified chassis that grants it cooling properties befitting of its powerful specs.

Otherwise 5/5. Would recommend.

One person found this helpful

Report

---

Iván Baena

**Es genial!**
Reviewed in Mexico on July 31, 2021
<span style="color:orange">Verified Purchase</span>

Pensé en comprar esta laptop para el trabajo, jugar, clases, y solo me queda decir que cumple con mis expectativas.
En cuanto al envío, llegó muy bien sellada y protegida, tampoco tube que esperar mucho para tenerla en mis manos.
Estoy satisfecho.

7 people found this helpful

Report

Translate review to English

---

**See more reviews ›**



Shop now

Sponsored

Back to top

**Get to Know Us**          **Make Money with Us**          **Amazon Payment Products**          **Let Us Help You**

5/13/24, 6:14 PM Amazon.com: Acer SFX14-41G-R1S6 Creator Laptop | AMD Ryzen 7 5800U | 14" FHD 1920 x 1080 IPS | NVIDIA RTX 305…

Case 2:24-cv-00728-JRG-RSP Document 6-4 Filed 09/06/24 Page 12 of 38 PageID #: 306

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help

English

United States

Amazon Music
Stream
millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Web Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon Warehouse
Great Deals on
Quality Used
Products

Whole Foods Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

Case 2:24-cv-00788-JRC Document 1-47 Filed 06/06/24 Page 13 of 38 PageID#: 307

Yardbird    Best Buy Outlet    Best Buy Business    Shop with an Expert

Menu    What can we help you find today?    San Francisco (13th and...    Cart

Top Deals    Deal of the Day    Yes, Best Buy Sells That    My Best Buy Memberships    Credit Cards    Gift Cards    Gift Ideas    Account    Recently Viewed    Order Status    Saved Items

Best Buy › Computers & Tablets › Laptops › All Laptops › Windows Laptops











## Acer - Swift X 14" OLED 2880 x 1800 120Hz HDR500 Laptop – Intel i7-13700H with 16GB LPDDR5– GeForce RTX 4050– 1TB SSD - Steel Gray

Model: SFX14-71G-76LC    SKU: 6551123

**4.0** (1 Review on Acer America Corporation)

**$1,499.99**    **$125.00**/mo.*
suggested payments with
**12-Month Financing**
Show me how >



my BEST BUY plus    + Save an extra $78 with Plus

Trade-In and Save

Save when you trade-in a similar device.
Check your trade-in value.

Free 1-month Xbox Game Pass Ultimate & 6 more

Protect your computer
(41)

Accidental Geek Squad Protection    |    What's Included    |    Terms & Conditions



| No Plan | 1-Year $229.99 About $19.17/mo. | 2-Year $304.99 About $12.71/mo. | 3-Year $419.99 About $11.67/mo. |

Availability

### Highlights



Acer Swift X 14 OLED 2880 x 1800 120Hz HDR500 Laptop Intel i7-13700H with 16GB LPDDR5 GeForce RTX 4050 1TB SSD Steel Gray SFX14-71G-76LC - Best Buy



### Intel 13th Generation Core i7
Processor Model

Budget  Low  Medium  **High**

- Designed for power users
- Excels at multitasking
- Multimedia creation

Why is the processor important?

### NVIDIA GeForce RTX 4050
Graphics

Entry-Level  Mid-Range  **High-End**

- Offers gameplay at max settings
- Powerful and efficient
- Ideal for gaming enthusiasts

What's the right graphics card for me?

### 16 gigabyte
System Memory

Low  Medium

- Advanced
- Professional performance
- Handles de applications

How much RAM

**Pickup**
Ready on
**Wed, May 22**

**Shipping**
Get it by
**Tue, May 21**

**Order now for pickup on Wed, May 22 at San Francisco (13th and Harrison St.)**
See all pickup locations

**Add to Cart**    ♡ Save

Show Full Specs

## Features  ›
## Questions & Answers  ›
## From the Manufacturer  ›

### Have everything you need?
See other items that work well with this one.

Microsoft 365 Personal  +  [image]  +  [monitor]  +  [mouse]  **Complete Your Solution**

### Our experts recommend

[laptop]  +  Microsoft 365 Personal

Not yet reviewed
**$1,499.99**
*Currently viewing*
✓

$69.99
~~$87.49~~
Description ▾
☐

**Package Savings:**  $17.50
**Package Total:**  **$1,569.98**

**🛒 Add 2 Items to Cart**

Build your own package ›

5/13/24, 11:54 AM

Acer - Swift X 14" OLED 2880 x 1800 120Hz HDR500 Laptop – Intel i7-13700H with 16GB LPDDR5– GeForce RTX 4050– 1TB SSD - Steel Gray SFX14-71G-76LC - Best Buy

Case 2:24-cv-00788-JRC Document 1-4 Filed 06/06/24 Page 15 of 38 PageID #: 309

Offer disclaimer

## Frequently bought with



Brother - MFC-J6555DW INKvestment Tank All-in-One

(94)

$329.99

Add to Cart



ViewSonic - ELITE XG340C-2K 34" LCD Curved Ultrawide

(1)

$799.99

Add to Cart



Thermaltake - Toughpower GF3 1650W 80 PLUS Gold

$299.99

Add to Cart



Acer - Predator XB323QU M3bmiiphx 31.5" IPS WQHD

(1)

$399.99

Add to Cart



Arozzi - Favo Lightweight Wired Optical Gaming Mouse -

(37)

$34.99
$49.99

Add to Cart



Thermaltake - Toughpower GF3 750W 80 PLUS Gold PCIe

(1)

$139.99

Add to Cart



Therm
RGB

$119.

A

Sponsored

## Compare similar products



**This Product**

**Acer - Swift X 14" OLED 2880 x 1800 120Hz HDR500 Laptop – Intel i7-13700H with 16GB LPDDR5– GeForce RTX 4050– 1TB SSD - Steel Gray**

Acer - Swift X 14" OLED 2880 x 1800 120Hz HDR500 Laptop – Intel i7-13700H with 16GB LPDDR5– GeForce RTX 4050– 1TB SSD - Steel Gray

Not yet reviewed

$1,499.99



Lenovo - Legion Slim 5 16" Gaming Laptop WUXGA - Ryzen 5 7640HS with 16GB Memory - NVIDIA GeForce RTX 4060 8GB - 512GB SSD - Storm Grey

(396)

$899.99



ASUS - Zenbook 14" 120Hz OLED Touch Laptop - EVO Intel 13 Gen Core i9 with 32GB Memory - NVIDIA GeForce RTX 3050 - 1TB SSD - Gray

(77)

$1,399.99



ASUS - Zenbook 14 OLED 14" WUXGA Touch Laptop, Intel Core Ultra 7 - Intel Evo Edition - 16GB Memory - 1TB SSD - Jasper Gray

(142)

$799.99

Screen Type



5/13/24, 11:54 AM    Acer Swift X 14 OLED 2880 x 1800 120Hz HDR500 Laptop Intel i7-13700H with 16GB ... Steel Gray SFX14-71G-76LC - Best Buy

Case 2:24-cv-00793-JRG   Document 1   Filed 09/06/24   Page 16 of 38 PageID #: 316

| | | | |
|---|---|---|---|
| -- | IPS | -- | -- |

**Screen Size**

| | | | |
|---|---|---|---|
| 14.5 inches | 16 inches | 14.5 inches | 14 inches |

**Screen Resolution**

| | | | |
|---|---|---|---|
| 2880 x 1800 | 1920 x 1200 (WUXGA) | 2880 x 1800 | 1920 x 1200 (WUXGA) |

<div align="center">

**Show More Specs** ⌄

</div>

## Reviews

**Customer reviews from Acer America Corporation**

**4.0** (1 review)

See all Acer America Corporation reviews

**Be the first to write a review.**

Tell others what you think!

**Write a Review**



5/13/24, 11:54 AM

Acer Swift X 14 OLED 2880 x 1800 120Hz HDR500 Laptop Intel i7-13700H with 16GB LPDDR5 GeForce RTX 4050 1TB SSD Steel Gray SFX14-71G-76LC - Best Buy

## Similar products from outside of Best Buy ⓘ

### *Top 5 Best Laptops of 2024 - See our #1 Pick for 2024*

Sponsored · https://www.top5-usa.com/best/products

Find and compare the best best **laptops** based on price, features, ratings & reviews. Stop wasting time compiling reviews & use our list to make an informed purchase. We Reviewed Every Model. Up To 70% Off. Shop Now. #1 Best Sellers 2023. Price Compare. The Best Rated Products. Top Brands.

rating for top5-usa.com

Get Up To 70% Off · Compare Prices & Save Big · We Do The Testing For You

### *Consumer Reports Official Site - Find The Best Laptops*

Sponsored · https://www.consumerreports.org/product-reviews/**laptops**

No Fake Reviews. No Advertising. We Buy Everything We Test. 100% Unbiased For 80+ Years. Browse Our Unbiased Ratings On **Laptops** Before You Buy - Join For Digital Access. Media Advice. Spec Comparisons. Privacy Tips & Advice. Digital Security Tips. Tech And Gadget Reviews. Product Rankings. Product Comparisons. Streaming Services Guides. Buying Advice.

Recommended Laptops       Best Laptop Brands

Laptop Ratings               Laptop Reviews

Home Office                 Digital Security

Sponsored

## Deals on related items

 Windows Laptops deals     Outlet Deals     Top Deals

Sponsored



5/13/24, 11:54 AM

Acer Swift 14 OLED 2880 x 1800 120Hz HDR500 Laptop Intel i7-13700H with 16GB LPDDR5 GeForce RTX 4050 1TB SSD Steel Gray SFX14-71G-76LC - Best Buy

Case 2:24-cv-00783-JRG   Document 1-47   Filed 09/06/24   Page 18 of 38 PageID #: 312

Visit our Support Center     Check your Order Status     Shipping, Delivery & Store Pickup     Returns & Exchanges     Price Match Guarantee

**Order & Purchases**

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

**Payment Options**

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

**Support & Services**

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

**Rewards & Membership**

My Best Buy Memberships

View Points & Certificates

Member Offers

**Partnerships**

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

**About Best Buy**

Corporate Information

Careers

Corporate Responsibility

Sustainability

Sign in or Create Account

### Get the latest deals and more.

Enter email address

**Sign Up**

### Best Buy app
**Learn more ›**

Mobile Site     Best Buy Canada

Accessibility    Terms & Conditions    Privacy    Interest-Based Ads    State Privacy Rights    Health Data Privacy    Do Not Sell/Share My Personal Information    Limit Use of My Sensitive Personal Information    Targeted Advertising Opt Out    CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2024 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.



**More battery, less stress**

Sponsored ⓘ

Acer

Acer Swift X SFX14-41G - AMD Ryzen 7 5800U / 1.9 GHz - Win 11 Home - GF RTX 3050 Ti - 16 GB RAM - 512 GB SSD - 14" IPS 1920 x 1080 (Full HD) - Wi-Fi 6 - silver, safari gold - kbd: US Intl

★★★★★ (4.8) 4 reviews

**$998.00**

As low as $51/mo with *affirm*. Learn how

Price when purchased online ⓘ

Add to cart

🛡 **Add a protection plan**   What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $59.00
☐ 3-Year plan - $88.00

🔧 **Get expert help**   What's covered
☐ Premium Tech Support & Security - $99.00
☐ Standard Setup & Security - $59.99

**How do you want your item?**

| 🚚 Shipping<br>Arrives May 23<br>Free | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

Delivery to  Sacramento, 95829

🏷 Sold and shipped by **DemProductSales** (Estimated delivery 2-5 days) [Serial Number Recorded]

★★★★☆  98 seller reviews
View seller information

⊙ Free 15-day returns  Details

♡ Add to list                                         🗂 Add to registry

**More seller options (1)**
Starting from $999.00  Compare all sellers

| Best seller | Sponsored<br>**Now $209.99** $899.99<br>Auusda 14.1" Laptop Intel Celeron J4125(Quad-Core up to 2.7GHz), 8GB RAM, 256GB SSD, Bluetooth, Windows 11 Pro Work Computer FHD 1920*1080P, Silver<br>★★★★☆ 204<br>2-day shipping |
|---|---|

+ Add

♡
🔍

❯

**At a glance**

5/13/24, 6:12 PM
Case 2:24-cv-00728-JRG Document 1-3 Filed 09/06/24 Page 20 of 38 PageID #: 314
Acer Swift X SFX14-41G-R1S6 - 14" - Ryzen 7 5800U - 16 GB RAM - 512 GB SSD - Win 11 Home - Wi-Fi 6 - silver, safari gold - kbd: US Intl - Walmart.com

| Screen size | 14.0" | | HD capacity | 512.0 GB |
| Processor | AMD Ryzen 7 | | Weight | 0.7 in |
| Ram memory | 16.0 GB | | Touchscreen | N |

## About this item

### Product details

Acer Swift X SFX14-41G - 14" - Ryzen 7 5800U - 16 GB RAM - 512 GB SSD - US Intl

**Key Features and Benefits:**

- **Powerful performance**
  With an advanced processor and graphics, you're able to finish tasks faster with plenty of power to spare for creation-focused work or even the occasional game. Multiple cooling modes, dual heat pipes and a device-lifting hinge, all combine to further enhance the laptop's performance.
- **Light, modern design**
  Go where you want, when you want. This laptop stays with you throughout your daily adventures.
- **Clearer, brighter vision**
  Eye-popping colors and details bring images and videos to life in the 72% NTSC color gamut. Through the use of narrow bezel, offering an amazing screen-to-body ratio, users see more of the screen. Eye strain is also lessened and colors are improved with Acer ExaColor and Acer Color Intelligence.
- **All-day use**
  Spending all-day on the move requires a large battery, and it's capable of lasting for longer. In cases of emergency, it can also be fast-charged.
- **Full connectivity**
  Quickly connect to wireless networks with the dual-band Intel Wi-Fi 6 and Bluetooth. In addition, take full advantage of the plentiful array of ports for fast data transfer and power delivery.

**What's Included:**

- Acer Swift X SFX14-41G
- Power adapter

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Compare with similar items



|  | Viewing this item | | | | | |
|---|---|---|---|---|---|---|
|  | + Add | + Add | + Add | + Add | + Add | + Add |
|  | $998.00 | $929.99 | $889.00 | $914.99 | $1,099.00 | Now $914.99 |
|  |  |  |  |  |  | $1,044.99 |
|  | Acer Swift X SFX14-41G - AMD Ryzen ... | Swift X SFX16-52G-73U6 16" WUXGA... | Acer Swift 3 SF314-43 - AMD Ryzen 7 ... | Acer Aspire 3 Spin Home/Business 2-i-... | Acer Swift Edge 16 SFE16-43 - AMD ... | Acer Swift Go 14 SFG14-72 - 180-... |
|  | ★★★★★ 4 | ★★★☆☆ 2 |  |  |  |  |
| Operating System | Windows 11 Home | Windows | Windows 11 Home | Windows 11 Pro | Windows 11 Home | Windows 11 Home |
| Processor Type | AMD Ryzen 7 | Intel Core i7 | AMD Ryzen 7 | i3-N305 | AMD Ryzen 7 | Core Ultra 5 |
| RAM Memory | 16.0 GB | 16 GB | 16 GB | 8 GB | 16 GB | - |
| Hard Drive Capacity | 512.0 GB | 512 GB | 512 GB | 1 TB | 1.024 TB | 512 GB |

See More ⌄

### Specifications

**Screen Size**
14.0"

**Processor Type**
AMD Ryzen 7

**RAM Memory**
16.0 GB

**Hard Drive Capacity**
512.0 GB

More details

### Warranty

**Warranty length**
1-year warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

More details

  



+ Add

Sponsored

**$619.99**

Acer Laptop Aspire 5 Intel Core i7-1355U 16 GB LPDDR5 Memory 512 GB PCIe SSD Intel Iris Xe Graphics 15.6' Windows 11 Home 64-bit A515-58M-78JL

★★★★★ 3

Shipping, arrives **in 3+ days**



+ Add

**$179.99**

Acer Aspire 1 15.6" Full HD Laptop, Intel Celeron N4500, 128GB SSD, Windows 11 Home in S mode, A115-32-C96IJ

★★★★★ 5

Shipping, arrives **in 3+ days**

Best seller



+ Add

**Now $300.00** $469.00

Acer Spin 5 SP513-53N-57RE 13.3" 2 in 1 Notebook - Core i5 - UHD Graphics 620 - Steel Gray

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Frequently bought together



**$998.00**

Acer Swift X SFX14-41G - AMD Ryzen 7 5800U / 1.9 GHz - Win 11 Home - GF RTX 3050 Ti - 16 GB RAM - 512 GB SSD - 14" IPS 1920 x 1080 (Full HD) - Wi-Fi 6 - silver, safari gol...

★★★★★ 4

+

**$79.99**

HECATE G5BT Bluetooth 45ms Low Latency Wireless Gaming Hi-Res Audio Headset With Retractable Microphone

+

**Now $15.28** $19.99

Optical Pink Wired Mouse Mice With Braided USB for Laptop Computer Gift for w/Ty

+

**$5.94**

Lenovo IdeaPad Gaming - Keyboard and mouse pad - size L - dark blue - for Flex 7 14; IdeaPad 3 14; 5 Pro 14; S340-14; ThinkBook 14s Yoga G2 IAP; V15 IML

★★★★★ 23

**Now $1,099.21** $1,101.10          Add 4 items to cart

ⓘ Items may be delivered on different dates

**Earn $51.00 on this item.** See if you're pre-approved with no credit risk.  Learn more

# 4.8 out of 5

★★★★★ (4 reviews)    View all reviews    Write a review

5 stars                    3
4 stars                    1
3 stars
2 stars
1 star

**Most relevant**

★★★★★ Seller Verified Purchase ⓘ 10/22/2021

**Minecraft Seus Shaders 57fps**

Runs minecraft seus shaders 2020 at 57fps and is lightweight and good for gaming and travel

0 0

Originally posted on **Acer America Corporation**

★★★★★ Seller Verified Purchase ⓘ 11/4/2021

**Great laptop**

Loaded laptop for cheap. Only knock is that the screen bezel is ancient looking and cheap. Otherwise fantastic!!

Robb

0 0

Originally posted on **Acer America Corporation**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

This Acer Swift X is the best computer I've used for more than a day. It is fast, efficient, and portable. It is able to handle

0 0

MacBook Air

Save on MacBook Air M1

Originally posted on **Acer America Corporation**

View all reviews

Sponsored ⓘ

+ Add

**$1,249.99**

Acer Nitro 16 AN16-41 - AMD Ryzen 7 7735HS / 3.2 GHz - Win 11 Home - GeForce RTX 4070 - 16 GB RAM - 512 GB SSD - 16" IPS 2560 x 1600 (WQXGA)

★★★☆☆ 4

Shipping, arrives **in 3+ days**

+ Add

**$463.00**

Acer Aspire 5, 14.0" Full HD IPS Display, 11th Gen Intel Core i5-1135G7, 8GB DDR4, 256GB M.2 NVMe PCIe SSD, Wi-Fi 6 AX201 802.11ax, Safari Gold, Windows 11 Home, A514-54-501Z

★★★★☆ 120

Shipping, arrives **in 3+ days**

+ Add

**$427.18**

Acer Swift 3, 13.5" 2K UHD, Intel Core i5 1035G4, 8GB 52-526M

★★★★½ 73

Shipping, arrives **in 3+ days**

**Report:** Report seller | Report suspected stolen goods (to CA Attorney General)

## Related pages

- Acer Predator Helios Gaming Laptop.
- Acer Predator Helios Gaming Laptop Ram Upgrade
- Acer Gaming Laptops
- Acer Geforce Gtx
- Asus Touchscreen Laptops
- All Asus Laptops
- An515 44 R99q
- Asus Proart
- Acer Predator Helios 700
- Acer Nitro 5 Laptops
- All Alienware Laptops
- ASUS

Electronics / Computers, Laptops and Tablets / Laptops / Laptops by Operating System / Windows OS Laptops / Windows 11 Laptops

Xiaomi

Xiaomi Redmi Note 11 Dual-SIM 64GB ROM + 4GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (Star Blue) - International Version

**Now $375.00** ~~$485.00~~ ⓘ

You save **$110.00** ⓘ

As low as $25/mo with *Affirm* Learn how

Price when purchased online ⓘ

Add to cart

🛡 **Add a protection plan**  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $89.00
☐ 3-Year plan - $919.39

**How do you want your item?**

| 🚚 Shipping<br>Arrives May 29<br>Free | 🚗 Pickup<br>Not available | 🚚 Delivery<br>Not available |
|---|---|---|

Delivery to  Sacramento, 95829

🏬 Sold and shipped by KICKmobiles
View seller information

↩ Free 30-day returns  Details

♡ Add to list                          🏛 Add to registry

Sponsored
**Now $619.25** ~~$699.00~~
OnePlus 10 Pro 5G Dual SIM 256GB 8GB RAM GSM Unlocked - Green
3+ day shipping
➕ Add

**At a glance**

| Screen size | 6.43 in | | Rear cam mpx | 50 MP |
|---|---|---|---|---|
| HD capacity | 64 GB | | Front cam mpx | 13 MP |
| Ram memory | 4 GB | | Wireless | 802.11n, Bluetooth, 4G LTE, Wi-Fi, 3G, 2G, 802.11b, 900 MHz, 802.11g |

**About this item**

**Product details**

The Xiaomi Redmi Note 11 is powered by 2.4 GHz Octa-core processor and it comes with 4GB of RAM. The Xiaomi Redmi Note 11 packs 64GB of internal storage that can be expanded via microSDXC (dedicated slot).

The Xiaomi Redmi Note 11 runs Android 11 and is powered by a 5000mAh non-removable battery.

FREQUENCIES : COMPATIBLE TO USE WITH NETWORK SIM CARDS THAT WORKS ON

SIM CARD 1:

2G : GSM 850 / 900 / 1800 / 1900 and/or

3G : WCDMA 850(B5) / 900(B8) / 1700(2100)(B4) / 1900(B2) / 2100(B1) and/or

4G : FDD-LTE 700(B28) / 800(B20) / 850(B5) / 900(B8) / 1700(2100)(B4) / 1800(B3) / 1900(B2) / 2100(B1) / 2600(B7) : TDD-LTE 2300(B40) / 2500(B41) / 2600(B38)

SIM CARD 2:

2G : GSM 850 / 900 / 1800 / 1900 and/or

3G : WCDMA 850(B5) / 900(B8) / 1700(2100)(B4) / 1900(B2) / 2100(B1) and/or

4G : FDD-LTE 700(B28) / 800(B20) / 850(B5) / 900(B8) / 1700(2100)(B4) / 1800(B3) / 1900(B2) / 2100(B1) / 2600(B7) : TDD-LTE 2300(B40) / 2500(B41) / 2600(B38)

IMPORTANT : PLEASE CHECK WITH YOUR NETWORK PROVIDER FOR COMPATIBILITY CHECK BEFORE YOU PURCHASE.

- For USA Buyers : This Smartphone is compatible/will work with any GSM Networks such as AT&T, T-Mobile. For exact 2G GSM, 3G, 4G/LTE compatibility, please check with your network provider in advance prior to your purchase. This phone WILL NOT WORK with any CDMA Networks such as VERIZON, SPRINT, US CELLULAR.
- 6.43 inches, AMOLED, 90Hz, 700 nits, 1000 nits (peak), 1080 x 2400 pixels, 20:9 ratio (~409 ppi density)

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.    See our disclaimer

## Compare with similar items



| | Viewing this item | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | [Add] | [Add] | [Add] | [Add] | [Add] | [Add] | [Add] | [Add] |
| | Now $375.00 ~~$485.00~~ | $449.00 | $479.00 | $489.00 | $449.00 | $489.00 | $449.99 | $415.00 |
| | Xiaomi Redmi Note 11 Dual-SIM 64GB... | Xiaomi Redmi Note 13 DUAL SIM 128G... | Xiaomi Redmi 10A Dual-SIM 32GB ... | Xiaomi Redmi Note 13 Pro DUAL SIM... | Xiaomi Poco M5 Dual-SIM 64GB... | Xiaomi Poco M3 Pro Dual-SIM 128GB ... | Xiaomi 12 Dual-Sim 128GB ROM 8GB ... | Xiaomi Redmi 13C DUAL SIM 128GB... |
| Screen Size | 6.43 in | 6.67 in | 6.53 in | 6.67 in | 6.58 in | 6.5 in | 6.28 in | 6.74 in |
| Rear-Facing Camera Megapixels | 50 MP | 108 MP | 13 MP | 200 MP | 50 MP | 48 MP | 50 MP | 50 MP |
| Front-Facing Camera Megapixels | 13 MP | 16 MP | 5 MP | 16 MP | 5 MP | 8 MP | 32 MP | 8 MP |

## Specifications

**Resolution**
1080 x 2400 pixels

**Brand**
Xiaomi

**Cell Phone Type**
Unlocked Smartphones

**Screen Size**
6.43 in

More details

## Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



[Add]

$449.00
Xiaomi Redmi Note 10S Dual-SIM 64GB ROM 6GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (White) - International Version

Shipping, arrives in 3+ days



[Add]

$335.00
Xiaomi Redmi 9AT Dual-SIM 32GB ROM 2GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (Sky Blue) - International Version

Shipping, arrives in 3+ days



[Add]

$465.00
Xiaomi Redmi Note 11 Standard Edition Dual-SIM 128GB Factory Unlocked 4G/LTE SmartPhone (Star Blue) - Int...

Shipping, arrives in 3+ days



$549.00

Xiaomi Poco X5 Dual-SIM 256GB ROM 8GB RAM (Only GSM | No CDMA) Factory Unlocked 5G Smartphone (Blue) - International Version

Shipping, arrives **in 3+ days**



$419.99

Xiaomi Poco X6 PRO 5G 4G LTE Global Unlocked (512GB 12GB) GSM 6.67" 64MP Triple Camera (Tmobile Mint Tello Global) (Grey Global ROM)

Shipping, arrives **in 3+ days**



$595.00

Xiaomi Redmi Note 10T 5G Dual-SIM 64GB ROM 4GB Unlocked 5G Smartphone (Graphite Black) - Internatio

Shipping, arrives **in 3+ days**

---

Report incorrect product information

---

Earn **$21.25** on this item. See if you're pre-approved with no credit risk. Learn more

☆☆☆☆☆  (0 reviews)

### This item does not have any reviews yet

Be the first to write a review

Write a review

---

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

---



**Now $119.64** ~~$149.99~~

Motorola Mobility PAVA0005US 6.5 in- Android 12 - MediaTek Helio G37 - 1600 x 900 - Moto G Play 4G 2023 2GB 32GB - CDMA / GSM - Navy Blue - Unlocked Smartphone

★★★☆☆  26

Shipping, arrives **in 3+ days**



**Now $360.19** ~~$791.52~~

Options

Samsung Galaxy Note20 Ultra 5G N986U 128GB GSM/CDMA Unlocked Android Smartphone - Mystic Black (Used)

★★☆☆☆  3

Shipping, arrives **in 3+ days**



$395.00

Google Pixel 6a 128 GB Smartphone, 6.1" OLED Full HD X1Dual-core (2 Core) 2.80 GHz Cortex A76 Dual-core ( Core) 1.80 GHz), 6 GB RAM, Android 12, 5G, Sage

★★★★☆  33

Shipping, arrives **in 3+ days**

---

**Report:**   ⚐ Report seller    ⚑ Report suspected stolen goods (to CA Attorney General)

## Related pages

Xiaomi Redmi Note Pro Unlocked

Redmi Note 4 Mobile

Redmi I4a Smartphone

Unlocked Android phones

All Galaxy Z Flip Phones

Celulares Desbloqueados

Redmi Note 5 Pro Phone

Redmi Note 4 Mobiles

Redmi Red

Galaxy Z Flip 5G Prepaid Phones

GSM Unlocked

Android Phones

Cell Phones  /  Shop Phones by Operating System  /  Android  /  Android Phones

Case 2:24-cv-00728-JRG   Document 1-4   Filed 09/06/24   Page 26 of 38 PageID #: 329

         

| ☰ | newegg | 📍 | 🔍 | | 🔔 | ⚪ | ☀ | 👤 | 🛒 |

Group Buy    Join Newegg+    Today's Best Deals    PC Builder    Clearance    Best Sellers    New at Newegg    **NEWEGG BUSINESS**    ⊡ FEEDBACK    ❔ HELP CENTER

Home  >  Computer Systems  >  Laptops / Notebooks  >  Laptops / Notebooks  >  Acer America  >  *Item#: 9SIA8X5J601766*                    Browsing History

  »        **Shop All Acer America Products**        **Visit DemProductSales Store**        👤+ FOLLOW

**$667**.99

Free 30-day Returns ❓

**Acer Swift X Creator Laptop | 14'' Full HD 100% sRGB | AMD Ryzen 5 5600U | NVIDIA RTX 3050 Laptop GPU | 8GB LPDDR4X | 512GB NVMe SSD | Wi-Fi 6 | Backlit Keyboard | Windows 11 Home SFX14-41G-R7YT**

as low as **$61/mo** with *affirm* ⓘ

4 payments of **$167.00** with **ZIP** ⓘ

(10)  Write a Review

$56/mo suggested payments with 12-month special financing.
Learn how

See 3 Questions | 3 Answers        ⤴ SHARE

| 1 | + − |        **ADD TO CART ▶**

• Brand Acer
• Series SFX14-41G-R7YT
• Screen Size 14 Inches
• Color Gold
• CPU Model Ryzen 5
• Ram Memory Installed Size 8 GB

📍 Deliver to **Select delivery location**

**FREE SHIPPING** from United States ❓

☐ **ADD TO COMPARE**

🔔 **PRICE ALERT**

♡ **ADD TO LIST**

◆ **REPORT A LISTING**

Shipped by: **DemProductSales**
Sold by: **DemProductSales** ⚙ ✓

**Newegg+**

Enjoy Free Shipping, Exclusive Offers, Member-only Discount, and more with Newegg+ membership

**Learn More**        OPT IN FOR FREE

**2 New** from $667.99

## CUSTOMERS ALSO VIEWED

                

(121)

‹        Acer Aspire 3 Laptop, 15.6" FHD Display, Intel Core i5-1135G7, 20GB RAM, 2TB SS...        Acer TravelMate P2 TMP214 Business Laptop, 14" FHD 1920 * 1080 Non-touch 60...        MSI Modern 14 14" Ultra Thin and Light Laptop AMD Ryzen 5-7530U UMA 16GB...        ›

~~$779.00~~        ~~$839.00~~        ~~$599.00~~
$679.00        $729.00        $549.00

☐ Add to Compare        ☐ Add to Compare        ☐ Add to Compare

ⓘ Sponsored        ⓘ Sponsored

Shop All Products ▶

🔍 See more **acer laptop**

🏷 Best sellers of **Laptops /...**

🕐 Lowest price of **Laptops /...**

Deals of **Laptops / Notebooks**

🔖 New at Newegg **Laptops /...**

Clearance **Laptops / Notebooks**

## CUSTOMER ALSO BOUGHT

    

Computer Systems    Shop All Deals    Today's Best Deals

All    Docking Stations    Gaming Monitors    Mice    Keyboards

CURRENTLY VIEWING

CURRENTLY VIEWING



(10)

**Acer Swift X Creator Laptop | 14" Full HD 100...**

$667.99

**+**

(100)

**Wavlink Universal USB C Laptop Docking Station with 100W Charging an...**

~~$229.99~~
$135.99

Newegg Handpicked
(329)

**ASRock Phantom PG27Q15R2A 27" QHD 2560 x 1440 (2K) 165 Hz...**

$239.99

(15...

**Logitech M5 Optical Mou (910-004277**

~~$29.99~~
$19.99

MEET YOUR SELLERS

*DemProductSales* **DemProductSales**

See Seller Store ▸    | FOLLOW |





YOUR **BUSINESS.**
OUR **PASSION.**

*newegg* BUSINESS

✓ Free Business Account
✓ Net Terms
✓ Dedicated Sales Reps.
✓ Volume Discounts

SIGN-UP NOW ▸

ARE YOU AN E-BLAST INSIDER?

| Enter Email Address |    | SUBSCRIBE |



**Summary (1 Item)**

+

Subtotal:    $667.99

| ADD SELECTED TO CART ▸ |

---

**Overview** | Specs | Reviews | Q & A

Inaccurate specs? Let us know    🗨 FEEDBACK

Inaccurate specs? Let us know    🗨 FEEDBACK

## COMPARE WITH SIMILAR PRODUCTS

| Products | THIS ITEM | | | | |
|---|---|---|---|---|---|
| | Acer Swift X Creator Laptop \| 14" Full HD 100... | HP Newest Pavilion Laptop, 15.6'' Full HD... | Refurbished: HP ProBook 445 G7 14" Full HD 192... | Refurbished: HP ProBook 445 G7 14" Full HD 192... | F P 1 |
| | ADD TO CART ▸ | ADD TO CART ▸ | ADD TO CART ▸ | ADD TO CART ▸ | |
| Price | $667.99 | $729.00 | $395.00 | $399.99 | $ |
| Rating | (10) | (1) | | | |
| Sold By | DemProductSales | XM-Electronics | Price Right Computers | Price Right Computers | C |
| CPU Name | AMD Ryzen 5 5600U | 2.00GHz | AMD Ryzen 5 4500U | AMD Ryzen 5 4500U | A 4 |
| Memory | 8GB | 16GB | 8GB | 16GB | 3 |
| HDD | No | No | No | No | N |
| SSD | 512 GB | 256 GB | 512 GB | 128 GB | 5 |
| GPU/VPU | GeForce RTX 3050 Laptop GPU | AMD Radeon Graphics | AMD Radeon Graphics | AMD Radeon Graphics | A G |
| Operating System | Windows 11 Home | Windows 11 Home | Windows 11 Pro | Windows 11 Pro | W |

| | | | | | |
|---|---|---|---|---|---|
| Touchscreen | | Yes | No | No | N... |
| Resolution | | | 1920 x 1080 | 1920 x 1080 | 1... |

## WARRANTY & RETURNS



**WARRANTY, RETURNS, AND ADDITIONAL INFORMATION**

**Warranty**

Please contact the Seller directly for warranty information. Warranty information may also be found on the Manufacturer's website.

Read full details



**Return Policies**

Return for refund within: 30 days

Return for replacement within: 30 days

This item is covered by DemProductSales Return Policy

**Manufacturer Contact Info**

For a directory of all our manufacturers, please click below.

Manufacturers Directory

LOADING...

## MORE BUYING OPTIONS

LOADING...

ADVERTISEMENT

5/13/24, 6:13 PM Acer Swift X Creator Laptop, Document 16-4U Filed A09/06/24 1aptop, 2.6GHz|36FR4.2GB#MM323SD | 14" F...

Case 2:24-cv-00728-JRG Document 16-4 Filed 09/06/24 Page 29 of 38 PageID #: 323



## DEALS JUST FOR YOU

**Sign up to receive exclusive offers in your inbox.**



SIGN UP

Enter your e-mail address

**View Latest Email Deals**

## DOWNLOAD OUR APP

Enter your phone number and we'll send you a download link.

+1  Enter your phone number          SEND LINK

OR

**Scan the QR code to download App**
Scan this code with your phone's camera.

| CUSTOMER SERVICE | ⌄ |
| --- | --- |
| MY ACCOUNT | ⌄ |
| COMPANY INFORMATION | ⌄ |
| TOOLS & RESOURCES | ⌄ |
| SHOP OUR BRANDS | ⌄ |

© 2000-2024 Newegg Inc.  All rights reserved.    Terms & Conditions   Privacy Policy   Cookie Preferences

Case 2:24-cv-00728-JRG   Document 1-4   Filed 09/06/24   Page 31 of 38 PageID #: 325



☰  newegg

Clearance | Best Sellers | New at Newegg | AI PC Store | Game Deals | Student Discount | Combo Up Sav | NEWEGG BUSINESS | ⊟ FEEDBACK | ⊘ HELP CENTER

Home > Electronics > Cell Phones > Cell Phones - Unlocked > Mi > **Item#:** 9SIAEJWH1Z9841

Browsing History





**Shop All Mi Products** | **Visit KICKmobiles Store** ⊕ FOLLOW

## Xiaomi Redmi Note 11 Dual-SIM 128GB ROM + 4GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (Graphite Gray) - International Version

**Be the first to review this product...**

**Ask Or Answer A Question**

⊄ SHARE

Option: **Gray**

| ○  | $345.00 |
| ○  | $405.00 |

- 6.43 inches, AMOLED, 1080 x 2400 pixels
- 128GB Storage, 4GB RAM, microSDXC (dedicated slot)
- Android 11, Qualcomm SM6225 Snapdragon 680 4G (6 nm), Octa-core (4x2.4 GHz Kryo 265 Gold & 4x1.9 GHz Kryo 265 Silver)

See more ▾



Get up to $360 off when you switch to AT&T and bring your own smartphone.
LEARN MORE ▸



**$405**.00

Free **30-day** Returns ❓

as low as **$37/mo** with affirm ⓘ

4 payments of **$101.25** with ZIP ⓘ

$68/mo suggested payments with 6-month special financing.
**Learn how**

| 1 | + |
|   | − |

**ADD TO CART ▸**

📍 Deliver to **Select delivery location**

**SPECIAL SHIPPING** from United Kingdom

☐ ADD TO COMPARE
🔔 PRICE ALERT
♡ ADD TO LIST
◆ REPORT A LISTING

Shipped by: KICKmobiles
Sold by: KICKmobiles ⚙ ✅

### Newegg+

Enjoy Free Shipping, Exclusive Offers, Member-only Discount, and more with Newegg+ membership

**Learn More**          OPT IN FOR FREE

🔍 See more  **xiaomi redmi note 11**

🏆 Best sellers of **Cell Phones -...**

Ⓢ Lowest price of **Cell Phones -...**

      Clearance **Cell Phones - Unlocked**

🚚 New at Newegg **Cell Phones -...**

⊽

🔗



Electronics | Shop All Deals | Today's Best Deals

---

## CUSTOMERS ALSO VIEWED



‹

**Refurbished: Sony Xperia PRO-I 5G Smartphone 120Hz 6.5" 21:9 4K HDR OLED...**

$698.00

☐ Add to Compare

ⓘ Sponsored

**Xiaomi Redmi 10C DUAL SIM 128GB ROM + 4GB RAM (GSM only | No CDMA) Factory...**

$515.00

☐ Add to Compare

**Xiaomi Redmi 10 2022 Dual-SIM 128GB ROM + 4GB RAM (GSM Only | No CDMA)...**

$425.00

☐ Add to Compare

›

---

## PRODUCTS RELATED TO THIS ITEM

### MEET YOUR SELLERS

KICKmobiles **KICKmobiles**

5/13/24, 6:13 PM    Xiaomi Redmi Note 11 Dual-SIM 128GB ROM + 4GB RAM (GSM Only | No Factory Unlocked | International Smartphone (Grap...

Case 2:24-cv-00728-JRG   Document 1-44   Filed 09/06/24   Page 32 of 38 PageID #: 326

CURRENTLY VIEWING



**Xiaomi Redmi Note 11 Dual-SIM 128GB ROM +...**

$**405**.00



(47)

**ORICO 40W 5 Ports High Speed Desktop USB Charger for iPhone 6s / ...**

$**25**.99



**iOttie HLCRIO171 Easy One Touch 5 Dash/Windshield...**

$**24**.95



**Samsung 47 Watch 6 Cla Watch - Blac**

$**407**.99

See Seller Store ▸    FOLLOW





Summary (1 Item)

 **+**

Subtotal:    $**405.00**

ADD SELECTED TO CART ▸

**ARE YOU AN E-BLAST INSIDER?**

Enter Email Address    SUBSCRIBE

---

**Overview**    Specs    Reviews    Q & A

Inaccurate specs? Let us know    💬 **FEEDBACK**

The Xiaomi Redmi Note 11 is powered by 2.4 GHz Octa-core processor and it comes with 4GB of RAM. The Xiaomi Redmi Note 11 packs 128GB of internal storage that can be expanded via microSDXC (dedicated slot).

The Xiaomi Redmi Note 11 runs Android 11 and is powered by a 5000mAh non-removable battery.

**FREQUENCIES : COMPATIBLE TO USE WITH NETWORK SIM CARDS THAT WORKS ON**

SIM CARD 1:

2G : GSM 850 / 900 / 1800 / 1900 and/or

3G : WCDMA 850(B5) / 900(B8) / 1700|2100(B4) / 1900(B2) / 2100(B1) and/or

4G : FDD-LTE 700(B28) / 800(B20) / 850(B5) / 900(B8) / 1700|2100(B4) / 1800(B3) / 1900(B2) / 2100(B1) / 2600(B7) : TDD-LTE 2300(B40) / 2500(B41) / 2600(B38)

SIM CARD 2:

2G : GSM 850 / 900 / 1800 / 1900 and/or

3G : WCDMA 850(B5) / 900(B8) / 1700|2100(B4) / 1900(B2) / 2100(B1) and/or

4G : FDD-LTE 700(B28) / 800(B20) / 850(B5) / 900(B8) / 1700|2100(B4) / 1800(B3) / 1900(B2) / 2100(B1) / 2600(B7)
: TDD-LTE 2300(B40) / 2500(B41) / 2600(B38)

IMPORTANT : PLEASE CHECK WITH YOUR NETWORK PROVIDER FOR COMPATIBILITY CHECK BEFORE YOU PURCHASE.

Inaccurate specs? Let us know    💬 FEEDBACK

## COMPARE WITH SIMILAR PRODUCTS

| Products | THIS ITEM<br>Xiaomi Redmi Note 11 Dual-SIM 128GB ROM +...<br>ADD TO CART ▸ | Xiaomi Redmi 10C DUAL SIM 128GB ROM +...<br>ADD TO CART ▸ | Xiaomi Redmi 10 2022 Dual-SIM 128GB ROM +...<br>ADD TO CART ▸ | Realme C25Y Dual-SIM 128GB ROM + 4GB RA...<br>ADD TO CART ▸ | |
|---|---|---|---|---|---|
| Price | $405.00 | $515.00 | $425.00 | $345.00 | |
| Sold By | KICKmobiles | KICKmobiles | KICKmobiles | KICKmobiles | K |
| Processor Core | Octa-core | | | Octa-core | |
| Processor Speed | Octa-core (4x2.4 GHz Kryo 265 Gold & 4x1.9 GHz Kryo 265 Silver) | | | Octa-core (2x1.8 GHz Cortex-A75 & 6x1.8 GHz Cortex-A55) | |
| Rear Camera | 50MP+8MP+2MP+2 MP | | | 50MP+2MP+2MP | |
| Front-Facing Camera | 13 MP | | | 8 MP | |
| RAM | 4GB | 4GB | 4GB | 4GB | 4 |
| Built-in Storage | 128GB | 128GB | 128GB | 128GB | 1 |
| Main Display Size | 6.4" | 6.7" | 6.5" | 6.5" | 6 |
| Main Display Resolution | 1080 x 2400 | | | 720 x 1600 | |
| Battery Type | Non-removable Li-Po Battery | | | Non-removable Li-Po Battery | |
| Battery Capacity | 5000 mAh | | | 5000mAh | |
| Operating System | Android 11 | Android 11 | Android 11 | Android 11 | A |

## WARRANTY & RETURNS

### WARRANTY, RETURNS, AND ADDITIONAL INFORMATION

**Warranty**

Please contact the Seller directly for warranty information. Warranty information may also

**Return Policies**

Return for refund within: 30 days

Return for replacement within: 30 days

**Manufacturer Contact Info**

For a directory of all our manufacturers, please click below.

Manufacturers Directory



be found on the Manufacturer's
website.

**Read full details**

This item is covered
by KICKmobiles Return Policy

LOADING...

ADVERTISEMENT



Meet the powerful tools
needs to thrive at...

Ad By
Adobe Systems Incorporated

S...

## DEALS JUST FOR YOU

Sign up to receive exclusive offers in your inbox.

Enter your e-mail address                SIGN UP

**View Latest Email Deals**



## DOWNLOAD OUR APP

Enter your phone number and we'll send you a download link.

+1  Enter your phone number        SEND LINK

OR



**Scan the QR code to download App**
Scan this code with your phone's camera.

Case 2:24-cv-00728-JRG    Document 1-4    Filed 09/06/24    Page 35 of 38 PageID #: 320



CUSTOMER SERVICE

MY ACCOUNT

COMPANY INFORMATION

TOOLS & RESOURCES

SHOP OUR BRANDS

© 2000-2024 Newegg Inc.  All rights reserved.     Terms & Conditions    Privacy Policy    Cookie Preferences





9/3/24, 4:03 PM     Xiaomi Redmi Note 13 5G 4G LTE 128GB 6GB 6.67 108MP Triple Tmobile Mint Tello Global Global Bands Unlocked Mi... - Walmart.com

Case 2:24-cv-00728-JRG   Document 1-4   Filed 09/06/24   Page 37 of 38 PageID #: 231







$207.40
Options from $207.40 - $399.99

Samsung Galaxy S20+ 5G, 128GB Unlocked Smartphone, Black

★★★★☆ 823

Shipping, arrives in 2 days

**Now $149.99** $179.99

Redmi Xiaomi 13C 4G LTE (256GB 8GB) Factory Unlocked Global ROM GSM 6.74" 50MP Triple Camera (Tello Mint & Global) (Midnight Black Global ROM)

Shipping, arrives in 3+ days

$239.99

Xiaomi Poco M6 Pro 4G LTE GSM (512GB 12GB) 64MP (Tmobile Mint Tello Global) Unlocked (Purple Global R...

Shipping, arrives in 3+ days

## About this item

### Product details

^

**Xiaomi Redmi Note 13 5G + 4G LTE (128GB + 6GB) 6.67" 108MP Triple (Tmobile Mint Tello & Global) Global Bands Unlocked (Midnight Black (Global ROM))**

- USA MARKET ONLY WORK ON TMOBILE MINT TELLO OR ANY UNDER TMOBILE NETWORK PHONE NEEDS A SIM CARD ALREADY ACTIVATED ,OUTSIDE USA WORKS ANY GSM CARRIER SIM GSM FCC ID: 2AFZZAABG
- SIM1 + Hybrid* (SIM or MicroSD) 5G: n1/3/5/7/8/20/28/38/40/41/66/77/78 4G: 1/2/3/4/5/7/8/12/13/17/18/19/20/26/28/66 4G: LTE TDD: Band 38/40/41 3G: WCDMA: Band 2/4/5/8 2G: GSM: Quad Band.
- 6.67" FHD+ AMOLED displayRefresh rate: Up to 120HzBrightness: 500nits brightnessColor depth: 10-bitContrast ratio: 5,000,000:1Resolution: 2400 x 1080DCI-P3 wide color gamutCorning Gorilla Glass 5 protection1920Hz PWM dimming | TÜV Rheinland Low Blue Light Certification (Hardware solution) | TÜV Rheinland Circadian Friendly Certification | TÜV Rheinland Flicker Free Certification | Reading mode
- MediaTek Dimensity 6080 6nm process technologyCPU: Octa-core CPU, up to 2.4GHzGPU: Mali-G57 3.5mm headphone jackDolby Atmos
- GPS: L1 | A-GPS supplementary positioning | GLONASS: G1 | BDS: B1I | Galileo: E1 | Electronic compass | Wireless network | Data network | Sensor Assisted Positioning Side fingerprint sensorAI Face Unlock
- 108MP+8MP+2MP triple camera108MP main camera0.64μm, 9-in-1 1.92μmf/1.78MP ultra-wide cameraf/2.22MP macro cameraf/2.4Rear camera video recording1080p at 30fps720p at 30fps

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. <u>See our disclaimer</u>

### Specifications

^

**Processor Brand**
MediaTek

**Display Technology**
AMOLED

**Phone Feature**
Fingerprint (side-mounted), accelerometer, gyro, proximity, compass

**Resolution**
1080x2400 pixels

<u>More details</u>

### Warranty

^

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 <u>Report incorrect product information</u>

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**
Be the first to write a review

Write a review

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. <u>Learn more.</u>

Case 2:24-cv-00728-JRG Document 14 Filed 09/06/24 Page 38 of 38 PageID #: 232



$299.99

Xiaomi Redmi Note 13 PRO 5G 4G LTE (256GB 8GB) 6.67" 200MP Triple (Tmobile Mint Tello &



$229.99

Xiaomi Redmi Note 13 PRO 4G LTE (256GB 8GB) 6.67" 200MP Triple (Tmobile Mint Tello & Global)



**Now $389.99** $479.99

Xiaomi Redmi Note 13 PRO Plus 5G 4G LTE (512GB 12G

**Report:** ⓘ Report seller  ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

GSM Unlocked

Galaxy Z Flip 5G Prepaid Phones

Unlocked Android phones

Galaxy Z Fold 5G Prepaid Phones

Galaxy Z Flip 5G Postpaid Phone

All Galaxy Z Flip Phones

Cell Phones / Shop Phones by Operating System / Android / Android Phones