# EXHIBIT K

**Comparison of U.S. Patent No. 11,769,910 to the CA496485F-Q1 Battery Cell**

| Claim 20 | CA496485F-Q1 Battery Cell |
|---|---|
| An electrolyte, comprising | The CA496485F-Q1 battery has an electrolyte which was extracted using a centrifuge and diluted for GC-MS analysis. |

1

| a dinitrile compound, a trinitrile compound, and propyl propionate | The CA496485F-Q1 battery cell's electrolyte has a dinitrile compound, a trinitrile compound, and propyl propionate. <br><br> | Propyl Propionate (PP) (wt %) | Dinitrile (wt %) | Trinitrile (wt %) | 1,3-Propane sultone (PS) (wt%) | 2-Fluoroethylene carbonate (FEC) (wt%) |<br>|---|---|---|---|---|---|<br>| | | 47.3 | 2.03 | 1.57 | 2.58 | 2.00 | |
| wherein, based on a total weight of the electrolyte, a weight percentage of the dinitrile compound is X, a weight percentage of the trinitrile compound is Y and a weight percentage of the propyl propionate is Z; | The CA496485F-Q1 battery cell's electrolyte has, based on a total weight of the electrolyte, a weight percentage of the dinitrile compound is X, a weight percentage of the trinitrile compound is Y and a weight percentage of the propyl propionate is Z. <br><br> | Propyl Propionate (PP) (wt %) | Dinitrile (wt %) | Trinitrile (wt %) | 1,3-Propane sultone (PS) (wt%) | 2-Fluoroethylene carbonate (FEC) (wt%) |<br>|---|---|---|---|---|---|<br>| | | 47.3 | 2.03 | 1.57 | 2.58 | 2.00 | |
| wherein, about 2.2 wt %⩽(X+Y)⩽about 8 wt %, about 0.1⩽(X/Y)⩽about 6, 5 wt %⩽Z⩽20 wt % or 30 wt %⩽Z⩽50 wt %, and | The additives in the CA496485F-Q1 battery cell's electrolyte meet the requirements of:<br><br>about 2.2 wt %⩽(X+Y)⩽about 8 wt %,<br><br>about 0.1⩽(X/Y)⩽about 6,<br><br>5 wt %⩽Z⩽20 wt % or 30 wt %⩽Z⩽50 wt %, and<br><br>about 0.01⩽(Y/Z)⩽about 0.3; |

2

| | |
|---|---|
| about 0.01≤(Y/Z)≤ about 0.3; | <table><tr><th>Limitation</th><th>X+Y (wt%)</th><th>X/Y</th><th>Z (wt%)</th><th>Y/Z</th><th>Dinitrile ID</th><th>Trinitrile ID</th><th>PS and FEC present</th><th>PS (wt%)</th></tr><tr><td>Claimed Range</td><td>2.2 – 8</td><td>0.1 – 6</td><td>5 – 20 or 30 – 50</td><td>0.01 – 0.3</td><td></td><td></td><td></td><td>0.1 – 3</td></tr><tr><td></td><td>4</td><td>1.3</td><td>47</td><td>0.03</td><td>BN + ADN</td><td>HTCN</td><td>PS and FEC</td><td>2.6</td></tr></table> |
| wherein the dinitrile compound comprises at least one selected from the group consisting of butanedinitrile, adiponitrile, ethylene glycol bis(2-cyanoethyl) ether, and 1,4-dicyano-2-butene; and the trinitrile compound is one or more compounds selected from the group consisting of 1,3,6-hexanetricarbonitrile , 1,2,6-hexanetricarbonitrile and 1,2,3-tris(2-cyanoethoxy)propane | The dinitrile compound in the CA496485F-Q1 battery cell's electrolyte comprises at least one selected from the group consisting of butanedinitrile, adiponitrile, ethylene glycol bis(2-cyanoethyl) ether, and 1,4-dicyano-2-butene; and the trinitrile compound is one or more compounds selected from the group consisting of 1,3,6-hexanetricarbonitrile , 1,2,6-hexanetricarbonitrile and 1,2,3-tris(2-cyanoethoxy)propane.<br><br><table><tr><th>Limitation</th><th>X+Y (wt%)</th><th>X/Y</th><th>Z (wt%)</th><th>Y/Z</th><th>Dinitrile ID</th><th>Trinitrile ID</th><th>PS and FEC present</th><th>PS (wt%)</th></tr><tr><td>Claimed Range</td><td>2.2 – 8</td><td>0.1 – 6</td><td>5 – 20 or 30 – 50</td><td>0.01 – 0.3</td><td></td><td></td><td></td><td>0.1 – 3</td></tr><tr><td></td><td>4</td><td>1.3</td><td>47</td><td>0.03</td><td>BN + ADN</td><td>HTCN</td><td>PS and FEC</td><td>2.6</td></tr></table> |
| wherein the electrolyte further comprises 1,3-propanesultone and | The CA496485F-Q1 battery cell's electrolyte further comprises 1,3-propanesultone and fluoroethylene carbonate; |

3

| fluoroethylene carbonate; | Limitation | X+Y (wt%) | X/Y | Z (wt%) | Y/Z | Dinitrile ID | Trinitrile ID | PS and FEC present | PS (wt%) |
|---|---|---|---|---|---|---|---|---|---|
| | Claimed Range | 2.2 – 8 | 0.1 – 6 | 5 – 20 or 30 – 50 | 0.01 – 0.3 | | | | 0.1 – 3 |
| | | 4 | 1.3 | 47 | 0.03 | BN + ADN | HTCN | PS and FEC | 2.6 |

| wherein, based on the total weight of the electrolyte, a weight percentage of the 1,3-propanesultone is not less than 0.1 wt %, and not greater than 3 wt %. | Based on the total weight of the electrolyte, the 1,3-propane sultone in the CA496485F-Q1 battery cell's electrolyte meets the requirement of: a weight percentage of the 1,3-propanesultone is not less than 0.1 wt %, and not greater than 3 wt %. |

| | Limitation | X+Y (wt%) | X/Y | Z (wt%) | Y/Z | Dinitrile ID | Trinitrile ID | PS and FEC present | PS (wt%) |
|---|---|---|---|---|---|---|---|---|---|
| | Claimed Range | 2.2 – 8 | 0.1 – 6 | 5 – 20 or 30 – 50 | 0.01 – 0.3 | | | | 0.1 – 3 |
| | | 4 | 1.3 | 47 | 0.03 | BN + ADN | HTCN | PS and FEC | 2.6 |

4