# EXHIBIT N

**Comparison of U.S. Patent No. 11,923,498 to the CA496485F-Q1 Battery Cell**

| Claim 1 | CosMX CA496485F-Q1 Battery Cells |
|---|---|
| A lithium-ion battery, comprising: | The CA496485F-Q1 battery is a lithium-ion battery. |

| | |
|---|---|
| a positive electrode comprising a positive current collector and a positive electrode active material layer containing LiCoO2, wherein the positive electrode active material layer is formed on the positive current collector, the positive electrode active material layer being provided with a first recess accommodating a positive lead being coupled with the positive current collector; | The CA496485F-Q1 battery cell has a positive electrode comprising a positive aluminum current collector and a positive electrode active material layer containing, on information and belief, $LiCoO_2$.  The positive electrode active material layer (black material in the photo below) is formed on the positive current collector and is provided with a first recess accommodating a positive lead being coupled with the positive current collector.<br><br> |

| | |
|---|---|
| a negative electrode comprising a negative current collector and a negative electrode active material layer containing graphite or silicon, wherein the negative electrode active material layer is formed on the negative current collector, the negative electrode active material layer being provided with a second recess accommodating a negative lead being coupled with the negative current collector; | The CA496485F-Q1 battery cell has a negative electrode comprising a negative copper current collector and a negative electrode active material layer containing, on information and belief, graphite.  The negative electrode active material layer (dark gray material in the photo below) is formed on the negative current collector and is provided with a second recess accommodating a negative lead being coupled with the negative current collector.<br><br> |
| a separator disposed between the positive electrode and the negative electrode; and | The CA496485F-Q1 battery cell has a separator disposed between the positive electrode and the negative electrode.<br><br> |

| an electrolyte, | The CA496485F-Q1 battery cell has an electrolyte.  During the tear-down of the CA496485F-Q1, an electrolyte solution was extracted by slitting the bottom edge of the cell pouch and then securing the cell inside a custom fixture containing a well for collecting electrolyte. |
|---|---|

| | |
|---|---|
| wherein, a top surface of the positive lead is provided with a first insulating glue layer, | The CA496485F-Q1 battery cell has a positive electrode wherein a top surface of the positive lead is provided with a first insulating glue layer, *i.e.* a blue adhesive tape.<br><br> |

| | |
|---|---|
| a surface of the positive electrode active material layer opposite to the second recess across the separator in a thickness direction of the positive plate and the negative plate is pasted with a second insulating glue layer, | The CA496485F-Q1 battery cell has a positive electrode with a second insulating glue layer, *i.e.* a blue adhesive tape, that is opposite (across the separator in a thickness direction) the second recess of the negative electrode.  In the below photo of a portion of the positive electrode covered by adhesive tape, there is a visible indentation formed by the second recess and negative lead being opposite to the glue layer.<br><br> |

| | |
|---|---|
| the second insulating glue layer has a width larger than a width of the second recess, and the second insulating glue layer has a length larger than a length of the second recess. | The CA496485F-Q1 battery cell's second insulating glue layer has a width and a length larger than the width and length of the second recess of the negative electrode.  This is visible in the below photograph because the second recess and negative lead have formed an indent within the second insulating glue layer.<br><br>In addition, using a Keyence VHX-7100 microscope and image processing, the length and width of the second insulating glue layer was measured to be 29.1 mm and 21.8 mm, respectively, whereas the length and width of the second recess was measured to be 20.9 mm and 8.91 mm, respectively.<br><br> |

7