# EXHIBIT A





## Introduction

COSMX was established in 2007 and headquartered in Zhuhai. It has three main production bases in Zhuhai, Chongqing, Zhejiang and has established a factory in India. COSMX is one of the worldwide major suppliers of consumer Li-ion batteries, and has long served for world's well-known customers in the field of PCs, notebooks, tablets, smart phones, smart wearables, power tools, drones and other fields.

In the field of power batteries, COSMX have been recognized as qualified supplier for many automotive manufacturers after years of accumulation. At present, COSMX has entered the fields of electric motorcycles, automotive start-up batteries, energy storage, and move forward to BEV and high-voltage energy storag fields.

At the same time, COSMX has a group of talented and professional R&D technicians on electrochemistry, materials science, physical chemistry, machinery and automation, computing and information systems, which formed stronge support for the development of the company by accumulated a wealth of technical achievements and won many national honorary awards.

1998
R&D of Li-ion battery started

2007
Factory in Zhuhai established

2019
Rebranded as "COSMX"

## Honors and Awards



COSMX

Stock Name:ZHUHAI COSMX
Stock Code:  688772

About US    EV & ESS    Consumer Applications    Innovative Applications    R&D Innovation    Investor Relations

EN CN

Since its establishment, Zhuhai COSMX has adhered to the road of independent technology research and development and management innovation, and

National Green Factory          Unicorn Enterprise          National S

## Milestones

R&D of Li-ion batt



## Standard Certification

**Product Certification**    System Certification

Battery products can be certified in different markets around the world according to customers' needs.

     

    

      



COSMX

Stock Name:ZHUHAI COSMX
Stock Code：688772

About US EV & ESS Consumer Applications Innovative Applications R&D Innovation Investor Relations

Service and Support

EN CN

About US

- About US
- Culture
- Social Responsibility
- Join US
- Newsroom
- Contact US

EV & ESS

- PACK
- CELL

Consumer Applications

- Mobile Phone Battery
- Laptop Battery
- Mini Battery

Innovative Applications

- UAV
- Vacuum Cleaner
- Power Tools

R&D Innovation

- Fundamental and Advanced Technologies
- Platform and Product Development
- Test Laboratory
- MRD

Investor Relations

- Investor Interaction
- IR Contact

Service and Support

- Customer Support
- Download Center

Follow Us:

Headquarter Telephone
0756-6321999

Service Hours
7*24 hours

Zhuhai CosMX Battery Co., Ltd. Copyright reserved ICP Filing: 粤ICP备13029318号 粤公网安备 44040302000310号