# EXHIBIT B



Stock Name:ZHUHAI COSMX
Stock Code： 688772

About US    EV & ESS    Consumer Applications    Innovative Applications    R&D Innovation    Investor Relations

EN  CN

Service and Support

# Service and Support

Zhuhai CosMX Battery Co., Ltd. Copyright reserved ICP Filing: 粤ICP备13029318号 粤公网安备 44040302000310号



