# EXHIBIT D



Delivering to Sanfrancisco 94102
Update location

Electronics ▾ | Search Amazon

EN ▾  Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All | Medical Care ▾ | Groceries ▾ | Best Sellers | Amazon Basics | New Releases | Music | Prime ▾       Celebrate National Small Business Month

Computers | Laptops | Desktops | Monitors | Tablets | Computer Accessories | PC Components | PC Gaming | Deals

Shop now

Electronics › Computers & Accessories › Computers & Tablets › Laptops › Traditional Laptops

Sponsored









10 VIDEOS

360°



Roll over image to zoom in

 Ask to set reminders, check your calendar, control smart home devices, and more with this PC.
ALEXA BUILT-IN   Learn more

## Acer Swift X SFX14-41G-R1S6 Creator Laptop | 14" Full HD 100% sRGB | AMD Ryzen 7 5800U | NVIDIA RTX 3050Ti GPU | 16GB LPDDR4X | 512GB SSD | Wi-Fi 6 | Backlit KB | Amazon Alexa | Windows 10 Home

Visit the acer Store

4.3    779 ratings

| Search this page

**-20%** $851⁴⁰

List Price: $1,069.00 ⓘ

**FREE Returns**

Apply now and get a $10 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Available at a lower price from other sellers that may not offer free Prime shipping.

| Brand | acer |
|---|---|
| Model Name | Swift X |
| Screen Size | 14 Inches |
| Color | Gold |
| Hard Disk | 512 GB |

∨ See more

### About this item

- Aspect Ratio:16:9
- Ultimate Performance. Uncompromised Battery Life: Speed up tasks with AMD Ryzen 7 5800U processor with Zen 3 Core Architecture, available for ultrathin



**Buy new:**
$851⁴⁰

FREE Returns

FREE delivery **May 16 - 20**. Details

Or fastest delivery **Friday, May 17**. Order within 16 hrs 50 mins. Details

Delivering to Sanfrancisco 94102 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Oydisen WOWPC (Next Day Shipping Available) |
|---|---|
| Sold by | Oydisen WOWPC (Next Day Shipping Available) |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

**Seller Certifications:**
Minority-Owned Business

**Add a Protection Plan:**
☐ 4-Year Protection for $146.99
☐ 2-Year Protection for $89.99
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

**Save with Used - Like New**
$729⁸⁸
FREE delivery **May 20 - 24**

Ships from: ETRON INC - ELECTRONICS SUPPLIER
Sold by: ETRON INC - ELECTRONICS SUPPLIER

Add to List

**Other sellers on Amazon**

Case 2:24-cv-00728-JRG Document 23 Filed 01/26/25 Page 3 of 38 PageID #: 1800

laptops, so you can save time and get back to creating

- RTX, It's On: The latest NVIDIA GeForce RTX 3050 Ti Laptop GPU (4GB GDDR6 VRAM) is powered by award-winning Ampere architecture with new Ray Tracing Cores, Tensor Cores, and streaming multiprocessors supporting DirectX 12 Ultimate for incredible creativity
- A True Visual Representation: Create your best content on the 14" Full HD (1920 x 1080) IPS Widescreen LED-backlit 100% sRGB display with 300 nits brightness and 16:9 aspect ratio
- Internal Specifications: 16GB LPDDR4X memory (maximum 16GB); 512GB NVMe SSD; 802.11ax Wi-Fi 6 Dual-Band 2.4 GHz and 5 GHz featuring 2x2 MU-MIMO technology; Bluetooth 5.2
- Windows Hello with Fingerprint Reader: Biometric fingerprint reader and Windows Hello sign-in options help keep your Acer PC secure
- Using Alexa on your PC is as easy as asking a question. Just ask and Alexa can check your calendar, create lists, play music, answer questions, read the news and more.

∨ Show more

Report an issue with this product or seller

New & Used (15) from $631²¹
& **FREE Shipping**.

---

**Add an Accessory:**

Microsoft 365 Family | 12-Month Subscription, up to 6 people | Premium Office Apps | 1TB On…
$98.88    [Add to Cart]

Norton 360 for Amazon 2024, Antivirus software for up to 5 Devices with Auto Renewal [S…
$34.99    [Add to Cart]

Adobe Acrobat Professional DC | PDF converter | 12-month Subscription with auto-renewal…
$239.88    [Add to Cart]

TurboTax Deluxe 2023 Tax Software, Federal & State Tax Return [Amazon Exclusive] [P…
$69.99    [Add to Cart]

[Add to cart]

Sponsored

---

**There is a newer model of this item:**



acer 2023 Newest Predator Helios Neo Gaming Laptop, 16" 165Hz WUXGA Display, Intel 16-Core i7-13700HX(up to 5GHz), GeForce RTX 4050, 64GB DDR5, 1TB SSD, Backlit Keyboard, Wi-Fi 6, Windows 11 Home
$1,499.00
Only 5 left in stock - order soon.

Sponsored

---

## Frequently bought together

  +  

Total price: $885.99

[Add both to Cart]

One of these items ships sooner than the other.
Show details

**This item:** Acer Swift X SFX14-41G-R1S6 Creator Laptop | 14" Full HD 100% sRGB | AMD Ryz…
$860⁰⁰

Acer RF Wireless Mouse M501 (Black), Works with Chromebook, with USB Plug and Play for…
$25⁹⁹

---

## More from frequently bought brands

Sponsored ⓘ

     

acer Swift Go 14 Intel Evo Thin & Light Laptop | 14" OLED 2880 x 1800 90Hz Display ...
197
$799.99

Lenovo V15 Business Laptop, 15.6" FHD Display, AMD Ryzen 3 7320U Processor,...
13
$599.00
Save $150.00 with coupon

Lenovo V15 G4 Business Laptop, 15.6" FHD Screen, 13th Gen Intel 10 Cores i7-1355U u...
15
$799.00

HP EliteBook 845 Business Laptop, 14" FHD Display, AMD Ryzen 7 Pro 5850U, 32GB...
1
$839.00

acer Swift Edge 16 Thin and Light Business Laptop 16" 4K OLED CineCrystal 400 nits ...
$899.00

acer Swift Edge & Business Lapt... Ryzen 7 7735U 16GB LPDDR5X...
$799.00

## Customers frequently viewed
Sponsored | Popular products in the last 7 days

    

acer Swift Go 14 Intel Evo Thin & Light Laptop | 14" OLED 2880 x 1800 90Hz Display ...
197
$799.99

ACEMAGIC Laptop Computer, Quad-Core Intel N95 Processor, Windows 11 Laptop,...
19
72% off
**Limited time deal**
$359.99
List: $1,299.99
Save 5% with coupon

Lenovo V15 G4 Business Laptop, 15.6" FHD Screen, 13th Gen Intel i7-1355U u...
15
$799.00

HP 17.3 Inch Business Laptop, 11th Gen Intel Core i3-1125G4, Windows 11 Pro, 16GB...
15
$599.00

Dell Inspiron 7630 Laptop - 16.0-inch 16:10 2.5K (2560x1600) Display, Intel Core i7...
2
$1,199.97
Climate Pledge Friendly

ASUS Vivobook OLED Laptop, Ir Ultra 9 185H, 16 SSD, Neutral Bla...
3
$899.99

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | Acer Swift X SFX14-41G-R1S6 Creator Laptop | 14" Full HD 100% sRGB | AMD Ryzen 7 5800U |... | Acer Swift 3 Thin & Light Laptop | 14" Full HD IPS 100% sRGB Display | AMD Ryzen 7 5700U... | Acer Swift X SFX14-42G-R607 Creator Laptop | 14" Full HD 100% sRGB | AMD Ryzen 7 5825U |... | Acer Swift X SFX14-41G-R7YT Creator Laptop | 14" Full HD 100% sRGB | AMD Ryzen 5 5600U |... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | -20% $860.00 List: $1,069.99 | -23% $575.00 List: $749.99 | $899.00 | $599.98 |
| Delivery | Get it as soon as Sunday, May 19 | Get it May 20 - 24 | Get it May 16 - 20 | — |
| Customer Ratings | 4.3  779 | 4.3  800 | 4.3  238 | 4.2  12 |
| Fingerprint Reader | 4.7 | 4.5 | 4.3 | — |
| Battery Life | 4.2 | 4.1 | 4.3 | — |
| Screen Quality | 4.1 | 4.5 | 4.0 | — |

5/13/24, 6:14 PM    Amazon.com: Acer Swift SFX14-41G-R1S6 Creator Laptop | AMD Ryzen 7 5800U | RTX 3050Ti | 14" FHD 100% sRGB | 16GB ... - Page 5 of 38 - NVIDIA RTX 305...

Case 2:24-cv-00728-JRG Document 32    Filed 01/26/25    Page 5 of 38 PageID #: 1802

| | | | |
|---|---|---|---|
| **For Gaming** | 4.0 | 3.4 | 3.7 | — |
| **Camera Quality** | 3.8 | 3.6 | — | — |
| **Sold By** | QuickSpeed Tech-signature required at delivery | QuickSpeed Tech-signature required at delivery | A Vendor | Happy Ranger |
| **Display Size** | 14 inches | 14 inches | 14 inches | 14 inches |
| **Hard Disk Size** | 512 GB | 512 GB | 512 GB | 512 GB |
| **Computer Memory Size** | 16 GB | 8 GB | 16 GB | 8 GB |
| **Cpu Manufacturer** | AMD | AMD | AMD | AMD |
| **Cpu Speed** | 1.9 GHz | 4.3 GHz | 2 GHz | 4.2 GHz |
| **Cpu Model Number** | Ryzen 7 5800U | Ryzen 7 5700U | Ryzen 7 5825U | Ryzen 5 5600U |

## Looking for specific info?

## Product information

### Technical Details

∧ Collapse all

∧ **Summary**

| | |
|---|---|
| Standing screen display size | 14 Inches |
| Screen Resolution | 1920 x 1080 pixels |
| Max Screen Resolution | 1920 x 1080 Pixels |
| Processor | 1.9 GHz amd_ryzen_7 |
| RAM | 16 GB LPDDR4 |
| Hard Drive | 512 GB SSD |
| Graphics Coprocessor | NVIDIA GeForce RTX 3050 Ti |
| Chipset Brand | NVIDIA |
| Card Description | Dedicated |
| Graphics Card Ram Size | 4 GB |
| Wireless Type | 802.11ax |
| Number of USB 3.0 Ports | 3 |
| Average Battery Life (in hours) | 12 Hours |

∧ **Other Technical Details**

| | |
|---|---|
| Brand | acer |
| Series | Swift X |
| Item model number | SFX14-41G-R1S6 |
| Hardware Platform | PC |
| Operating System | Windows 10 Home |
| Item Weight | 3.3 pounds |
| Product Dimensions | 8.35 x 12.71 x 0.7 inches |
| Item Dimensions LxWxH | 8.35 x 12.71 x 0.7 inches |
| Color | Gold |

### Additional Information

| | |
|---|---|
| ASIN | B093TK1PXF |
| Customer Reviews | 4.3    779 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #16,107 in Computers & Accessories (See Top 100 in Computers & Accessories)<br>#2,655 in Traditional Laptop Computers |
| Date First Available | June 1, 2021 |

### Warranty & Support

Amazon.com Return Policy: You may return any new computer purchased from Amazon.com that is "dead on arrival," arrives in damaged condition, or is still in unopened boxes, for a full refund within 30 days of purchase. Amazon.com reserves the right to test "dead on arrival" returns and impose a customer fee equal to 15 percent of the product sales price if the customer misrepresents the condition of the product. Any returned computer that is damaged through customer misuse, is missing parts, or is in unsellable condition due to customer tampering will result in the customer being charged a higher restocking fee based on the condition of the product. Amazon.com will not accept returns of any desktop or notebook computer more than 30 days after you receive the shipment. New, used, and refurbished products purchased from Marketplace vendors are subject to the returns policy of the individual vendor.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

5/13/24, 6:14 PM                    Amazon.com: Acer Swift X SFX14-41G-R1S6 Creator Laptop | AMD Ryzen 7 5800U | 14" Full HD 100% sRGB | NVIDIA RTX 305…

Case 2:24-cv-00728-JHC   Document 23-4   Filed 01/28/25   Page 6 of 38 PageID #: 1803

| | |
|---|---|
| Processor Brand | AMD |
| Number of Processors | 8 |
| Computer Memory Type | DDR4 SDRAM |
| Flash Memory Size | 512 GB |
| Hard Drive Interface | NVMe |
| Optical Drive Type | No Optical Drive |
| Power Source | Battery Powered |
| Voltage | 240 Volts |
| Batteries | 1 Lithium Polymer batteries required. (included) |

**Product Description**

The product is multiple voltage compatible, that voltage arrange is 100-240V.

## What's in the box

- Laptop
- AC Adapter
- Power Cord

## Videos

### Videos for this product



| | | | |
|---|---|---|---|
| 1:56 | 5:20 | 1:50 | |
| Customer Review: Glad I purchased this. | Customer Review: Zippy performance with outstanding… | UNBOXING Acer Swift X Laptop w/ AMD 5800U & RTX 3050ti | QU… AM… |
| Lamar. | Andrea Polk | Digital David | Dig… |

Upload your video

## From the manufacturer

5/13/24, 6:14 PM    Amazon.com: Acer SFX14 SFX Document 23-4   Laptop, 14" FHD Display, 100% sRGB, AMD Ryzen 7 5800U, NVIDIA RTX 305…

Case 2:24-cv-00728-JRC Document 23-4 Filed 01/26/25 Page 7 of 38 Page ID #:
1804





**Product guides and documents**

User Manual (PDF)

5/13/24, 6:14 ... Amazon.com: acer SFX ... Creator Laptop ... sR ... DDR ... Backlit ... A RTX 305...

Case 2:24-cv-00728-JRG Document 32-4 Filed 01/26/25 Page 8 of 38 PageID #: 1805

Sponsored

Alienware
Shop the Store on Amazon ›

Alienware X16 R1 Gaming Laptop - 16-inch QHD+ 240Hz Display, Intel Core i9-...
182
$2,699.99 List: $2,949.97

acer
Shop the Store on Amazon ›

acer Swift Go 14 Intel Evo Thin & Light Laptop | 14" 1920 x 1200 Touch Display | ...
197
$799.99 List: $999.99

FUNYET
Shop the Store on Amazon ›

FUNYET 14 I... Gaming Lapto...
$249.99

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



ACEMAGIC Laptop Computer, Quad-Core Intel N95 Processor, Windows 11 Laptop, ...
19
72% off  **Limited time deal**
$359⁹⁹
List: $1,299.99

Save 5% with coupon



acer Swift Go 14 Intel Evo Thin & Light Laptop | 14" OLED 2880 x 1800 90Hz Display ...
197
$799⁹⁹

ACEMAGIC Laptop Computer 16 inch FHD Display, 16GB RAM 512GB ROM with...
3
73% off  **Limited time deal**
$379⁹⁹
List: $1,399.99



Apple 2024 MacBook Air 15-inch Laptop with M3 chip: 8GB Memory, 512GB Storage; Star...
73
$1,628⁰⁰



Apple 2024 MacBook Air 13-inch Laptop with M3 chip: 8GB Memory, 512GB Storage; Midn...
94
$1,398⁰⁰



Dell Inspiron 14 7440 Laptop - 14, 16:10 2.2K (224... Display, Intel...
2
$2,999⁰⁰

Shop now

Sponsored

## Customer reviews

4.3 out of 5

779 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 15% |
| 3 star | | 5% |

### Customers say

Customers like the gaming capabilities of the laptop. They say it has great battery life and is able to support some intense gaming. Customers also appreciate the value, and weight of the product. That said, opinions are mixed on sound quality, performance, battery life, quality, and screen.

AI-generated from the text of customer reviews

✓ Value   ✓ Weight   ✓ Gaming   Performance   Quality   Battery life   Sound quality

2 star ▭▭▭▭▭▭▭▭▭▭ 4%

1 star ▭▭▭▭▭▭▭▭▭▭ 8%

˅ How customer reviews and ratings work

Screen

## Reviews with images

See all photos ›



Top reviews

### Top reviews from the United States

○ BridgetC

**Ryzen 7, Solid choice multipurpose laptop**

Reviewed in the United States on July 3, 2023

**Verified Purchase**

I have had this laptop for one year as of this month, so it is not the bleeding edge of technology. That said, I have been very satisfied with my purchase. I am in grad school, I do a lot of writing, and I think the build quality and the keyboard is great. I have never once hit the off key accidentally or had any trouble with the back-lit keyboard on the light colored keyboard. I mention those because I remember them as issues in another review. My PC is not working right now and I have been doing some gaming when I have time, and I would advise a cooling fan that sits under the laptop and raises it up to add to circulation or it will get hot. I think that is a general issue with laptops unless maybe they have some built in specialized cooling mechanisms, and even those may have to have the extra cooling. The only con I have for this laptop is that it only has 2 USB 3 ports and I wish it had 1 more, it has a micro USB so it can be charged that way with a string enough charger (the one that fast charges my s23U works great) and it does charge fairly quickly and holds the charge well for daily use. It will need to be plugged in for gaming and I use the charger that it came with for that. Speakers seem ok, for YouTube, good enough. Gaming I definitely use a headset. Screen is only a 60ghz refresh rate, it still looks fine to me, I think the 300 nits brightness and color balance are good. I have

˅ Read more



40 people found this helpful

Helpful      Report

○ Tim Gallagher

**Great Mid-High End Portable Laptop for Software Development and Light-Midweight Gaming**

Reviewed in the United States on July 22, 2021

**Verified Purchase**

Note: Minor review edits after ~2 months w/ laptop

This is a very powerful laptop that doesn't have the drawbacks of many gaming laptops. It looks normal, has a charging brick of 90W which is actually portable, and is nice and lightweight. Main distinguishing factors are:
- really nice display (100% srgb 1080p 60hz max 300 nits w/ good brightness scaling)
- good build quality overall, with the lid being a tiny bit wobbly
- the top-notch performance for an 14" ultra-thin (see details below if interested)
- really small size
- thermals are decent, especially for what it is, though fan gets very loud under heavy loads

The screen and keyboard are both pretty nice (keyboard backlight is a nice plus) and webcam is fine (720p). Port selection includes 2 USB 3.0, 1 USB C, 1 HDMI, Combined Audio, and a Kensington Lock. It's a bit annoying that there's no ethernet or SD card reader; however, the I got a tp-link ethernet + usb hub for ~$30

˅ Read more

5/13/24, 6:14 PM    Amazon.com: Acer Swift X SFX14-41G-R1S6 Creator Laptop | 14" FHD 100% sRGB | AMD Ryzen 5 5600U | NVIDIA RTX 305...

Case 2:24-cv-00728-JRG  Document 23-4  Filed 01/28/25  Page 10 of 38 PageID #: 1807



122 people found this helpful

[ Helpful ]   Report

Cesar

**Very good for the price, with some compromises...**
Reviewed in the United States on October 24, 2021
Verified Purchase

I bought this laptop with the intention of using it for school and for some light gaming. I wanted something thin, small, light, with good battery life. I didn't expect to pay such a low price for an item matching my requirements. This is a great laptop but it's got things that one should know about before buying.

Speakers: They are bad, not decent, outright bad. There is little sound clarity and they are very quiet. If the sound is important, I recommend looking somewhere else.

Bloatware: Too much, it's difficult to get rid of and it will try to sneak its way back in. At least it stays hidden and doesn't pop up. Be warned, this laptop comes with one of those annoying anti-viruses. It took little effort to get rid of it and it never came back.

Screen: Looks nice, a lot better than a budget laptop. But, this isn't a Surface, Macbook, or XPS. Do not expect an amazing screen. Expect a good screen, it's pretty bright as well.

˅ Read more

27 people found this helpful

[ Helpful ]   Report

**See more reviews ›**

## Top reviews from other countries

[ Translate all reviews to English ]

  Amazon Customer

**Great battery life**
Reviewed in Canada on February 6, 2023
Verified Purchase

I like that it lasts all do with moderate load but can handle somewhat heavier loads when needed. I do a lot of photo editing which it handles well. It can do simple editing of 4k video when I need it to.

Report

  Dennis Lim

**Great specs and value**
Reviewed in Singapore on November 18, 2022
Verified Purchase

Very good specs in a portable package of 1.4kg. However, 1 glaring flaw is the uneven keyboard backlight. In addition, with the backlight on during daytime makes the keyboard characters almost unreadable. Silver keys and a white backlight is a bad combination. I have a hp laptop with black keys and I do not face this readability issue.

One person found this helpful

Report

Zander Teo

**best laptop for work and lightweight gaming**
Reviewed in Singapore on November 11, 2021
Verified Purchase

cant believe this is only priced at $1.4K SGD, such a steal. i use this for my work, school and for gaming and performance is amazing. have yet to try video rendering and content creation performance. for a lightweight

5/13/24, 6:14 PM                  Amazon.com: Acer Swift X SFX14-41G-R1S6 Creator Laptop | 14" Full HD 100% sRGB | AMD Ryzen 5 5600U | RTX 305…

Case 2:24-cv-00728-RJC   Document 23-4   Filed 01/28/25   Page 11 of 38 PageID #: 1808

laptop at ~1.3kg, it holds up most of games at 60fps at medium-high settings which is crazy

Report

---

Shawn

**Good stuff. You won't find pc with the same specs at this price at just 1.4kg.**
Reviewed in Singapore on October 16, 2021
**Verified Purchase**

Good stuff. Won't find any laptops with these specs at this price, what more weighing only 1.4kg.

Only gripe here is that keyboard and chassis gets incredibly hot when attempting to play mainstream games (halo, bf, dota etc). Granted this was touted as a video editing and design laptop, and not so much a gaming laptop, despite the damn impressive gaming specs.

Was wondering if there's any way to open the bottom chassis and install a modified chassis that grants it cooling properties befitting of its powerful specs.

Otherwise 5/5. Would recommend.

One person found this helpful

Report

---

Iván Baena

**Es genial!**
Reviewed in Mexico on July 31, 2021
**Verified Purchase**

Pensé en comprar esta laptop para el trabajo, jugar, clases, y solo me queda decir que cumple con mis expectativas.
En cuanto al envío, llegó muy bien sellada y protegida, tampoco tube que esperar mucho para tenerla en mis manos.
Estoy satisfecho.

7 people found this helpful

Report

Translate review to English

---

**See more reviews ›**

Shop now

Sponsored

Back to top

**Get to Know Us**          **Make Money with Us**          **Amazon Payment Products**          **Let Us Help You**

5/13/24, 6:14 PM    Amazon.com: Acer Swift X SFX14 Creator Laptop | 14.5" 2.8K OLED 120% sRGB | AMD Ryzen 7 5800U | NVIDIA RTX 305...

Case 2:24-cv-00726-JRG   Document 23-4   Filed 01/28/25   Page 12 of 38 PageID #: 1809

| | | | |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English       United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business |
| Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products |
| Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts |
| | | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

Case 2:24-cv-00788-JRC Document 23-4 Filed 01/28/25 Page 13 of 38 PageID #: 1810

Yardbird    Best Buy Outlet    Best Buy Business    Shop with an Expert

 Menu    What can we help you find today?    🔍                    San Francisco (13th and...    Cart

Top Deals    Deal of the Day    Yes, Best Buy Sells That    My Best Buy Memberships    Credit Cards    Gift Cards    Gift Ideas                    Account    Recently Viewed    Order Status    Saved Items

Best Buy › Computers & Tablets › Laptops › All Laptops › Windows Laptops











## Acer - Swift X 14" OLED 2880 x 1800 120Hz HDR500 Laptop – Intel i7-13700H with 16GB LPDDR5– GeForce RTX 4050– 1TB SSD - Steel Gray

Model: SFX14-71G-76LC    SKU: 6551123

**4.0** (1 Review on Acer America Corporation)

### $1,499.99

**$125.00**/mo.*
suggested payments with
**12-Month Financing**
Show me how >



my BEST BUY plus        + Save an extra $78 with Plus    >

Trade-In and Save

Save when you trade-in a similar device.
Check your trade-in value.    >

Free 1-month Xbox Game Pass Ultimate & 6 more

🛡 **Protect your computer**
(41)

Accidental Geek Squad Protection  |  What's Included  |  Terms & Conditions



| No Plan | 1-Year $229.99 About $19.17/mo. | 2-Year $304.99 About $12.71/mo. | 3-Year $419.99 About $11.67/mo. |

Availability

## Highlights





## Intel 13th Generation Core i7
Processor Model

Budget    Low    Medium    **High**

- Designed for power users
- Excels at multitasking
- Multimedia creation

Why is the processor important?

## NVIDIA GeForce RTX 4050
Graphics

Entry-Level    Mid-Range    **High-End**

- Offers gameplay at max settings
- Powerful and efficient
- Ideal for gaming enthusiasts

What's the right graphics card for me?

## 16 gigabytes
System Memory

Low    Medium

- Advanced g...
- Professiona...
- Handles de...

How much RAM

**Pickup**
Ready on **Wed, May 22**

**Shipping**
Get it by **Tue, May 21**

Order now for pickup on Wed, May 22 at San Francisco (13th and Harrison St.)

See all pickup locations

🛒 **Add to Cart**

♡ **Save**

Show Full Specs

## Features    ›

## Questions & Answers    ›

## From the Manufacturer    ›

### Have everything you need?
See other items that work well with this one.

 +  +  + 

**Complete Your Solution**

## Our experts recommend



Not yet reviewed

$1,499.99

*Currently viewing*
✓

$69.99
~~$87.49~~

Description ⌄

☐

Package Savings:    $17.50
**Package Total:**    **$1,569.98**

🛒 **Add 2 Items to Cart**

Build your own package ›



5/13/24, 11:54 AM

Acer - Swift X 14" OLED 2880 x 1800 120Hz HDR500 Laptop – Intel i7-13700H with 16GB LPDDR5– GeForce RTX 4050– 1TB SSD - Steel Gray SFX14-71G-76LC - Best Buy

Case 2:24-cv-00778-JRG Document 23-4 Filed 01/28/25 Page 15 of 38 PageID #: 1812

## Frequently bought with



Brother - MFC-J6555DW INKvestment Tank All-in-One
(94)
**$329.99**
🛒 Add to Cart



ViewSonic - ELITE XG340C-2K 34" LCD Curved Ultrawide
(1)
**$799.99**
🛒 Add to Cart



Thermaltake - Toughpower GF3 1650W 80 PLUS Gold
**$299.99**
🛒 Add to Cart



Acer - Predator XB323QU M3bmiiphx 31.5" IPS WQHD
(1)
**$399.99**
🛒 Add to Cart



Arozzi - Favo Lightweight Wired Optical Gaming Mouse -
(37)
**$34.99** ~~$49.99~~
🛒 Add to Cart



Thermaltake - Toughpower GF3 750W 80 PLUS Gold PCIe
(1)
**$139.99**
🛒 Add to Cart



Therm... RGB...
$119.

Sponsored

## Compare similar products



**This Product**
**Acer - Swift X 14" OLED 2880 x 1800 120Hz HDR500 Laptop – Intel i7-13700H with 16GB LPDDR5– GeForce RTX 4050– 1TB SSD - Steel Gray**
Acer - Swift X 14" OLED 2880 x 1800 120Hz HDR500 Laptop – Intel i7-13700H with 16GB LPDDR5– GeForce RTX 4050– 1TB SSD - Steel Gray
Not yet reviewed
**$1,499.99**



Lenovo - Legion Slim 5 16" Gaming Laptop WUXGA - Ryzen 5 7640HS with 16GB Memory - NVIDIA GeForce RTX 4060 8GB - 512GB SSD - Storm Grey
(396)
**$899.99**



ASUS - Zenbook 14" 120Hz OLED Touch Laptop - EVO Intel 13 Gen Core i9 with 32GB Memory - NVIDIA GeForce RTX 3050 - 1TB SSD - Gray
(77)
**$1,399.99**



ASUS - Zenbook 14 OLED 14" WUXGA Touch Laptop, Intel Core Ultra 7 - Intel Evo Edition - 16GB Memory - 1TB SSD - Jasper Gray
(142)
**$799.99**

Screen Type



5/13/24, 11:54 AM

Acer Swift X 14" OLED 2880 x 1800 120Hz HDR500 Laptop Intel i7-13700H with 16GB LPDDR5 GeForce RTX 4050 1TB SSD Steel Gray SFX14-71G-76LC - Best Buy

Case 2:24-cv-00733-JRC Document 23-4 Filed 01/28/25 Page 16 of 38 PageID #: 1813

|  |  |  |  |
|---|---|---|---|
| -- | IPS | -- | -- |

**Screen Size**

| 14.5 inches | 16 inches | 14.5 inches | 14 inches |
|---|---|---|---|

**Screen Resolution**

| 2880 x 1800 | 1920 x 1200 (WUXGA) | 2880 x 1800 | 1920 x 1200 (WUXGA) |
|---|---|---|---|

Show More Specs ⌄

## Reviews

**Customer reviews from Acer America Corporation**

**4.0** (1 review)

See all Acer America Corporation reviews

**Be the first to write a review.**

Tell others what you think!

Write a Review



## Similar products from outside of Best Buy ⓘ

### *Top 5 Best Laptops of 2024 - See our #1 Pick for 2024*

Sponsored · https://www.top5-usa.com/best/products

Find and compare the best best **laptops** based on price, features, ratings & reviews. Stop wasting time compiling reviews & use our list to make an informed purchase. We Reviewed Every Model. Up To 70% Off. Shop Now. #1 Best Sellers 2023. Price Compare. The Best Rated Products. Top Brands.

rating for top5-usa.com

Get Up To 70% Off · Compare Prices & Save Big · We Do The Testing For You

### *Consumer Reports Official Site - Find The Best Laptops*

Sponsored · https://www.consumerreports.org/product-reviews/**laptops**

No Fake Reviews. No Advertising. We Buy Everything We Test. 100% Unbiased For 80+ Years. Browse Our Unbiased Ratings On **Laptops** Before You Buy - Join For Digital Access. Media Advice. Spec Comparisons. Privacy Tips & Advice. Digital Security Tips. Tech And Gadget Reviews. Product Rankings. Product Comparisons. Streaming Services Guides. Buying Advice.

Recommended Laptops          Best Laptop Brands
Laptop Ratings               Laptop Reviews
Home Office                   Digital Security

Sponsored

## Deals on related items

 Windows Laptops deals      Outlet Deals      Top Deals

Sponsored



Case 2:24-cv-00788-JRG Document 23-4 Filed 01/28/25 Page 18 of 38 PageID #: 1815

Visit our Support Center    Check your Order Status    Shipping, Delivery & Store Pickup    Returns & Exchanges    Price Match Guarantee

**Order & Purchases**

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

**Payment Options**

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

**Support & Services**

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

**Rewards & Membership**

My Best Buy Memberships

View Points & Certificates

Member Offers

**Partnerships**

Affiliate Program

Advertise with Us

Developers

Best Buy Health

Best Buy Education

Best Buy Business

**About Best Buy**

Corporate Information

Careers

Corporate Responsibility

Sustainability

Sign in or Create Account

**Get the latest deals and more.**

Enter email address

**Sign Up**

**Best Buy app**

**Learn more ›**

Mobile Site    Best Buy Canada

Accessibility    Terms & Conditions    Privacy    Interest-Based Ads    State Privacy Rights    Health Data Privacy    Do Not Sell/Share My Personal Information    Limit Use of My Sensitive Personal Information    Targeted Advertising Opt Out    CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2024 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.



chromebook More battery, less stress

Sponsored

Acer

**Acer Swift X SFX14-41G - AMD Ryzen 7 5800U / 1.9 GHz - Win 11 Home - GF RTX 3050 Ti - 16 GB RAM - 512 GB SSD - 14" IPS 1920 x 1080 (Full HD) - Wi-Fi 6 - silver, safari gold - kbd: US Intl**

★★★★★ (4.8) 4 reviews

## $998.00

As low as $51/mo with affirm Learn how

Price when purchased online

Add to cart

**Add a protection plan** What's covered
(Only one option can be selected at a time)

- [ ] 2-Year plan - $59.00
- [ ] 3-Year plan - $88.00

**Get expert help** What's covered

- [ ] Premium Tech Support & Security - $99.00
- [ ] Standard Setup & Security - $59.99

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives May 23<br>Free | Not available | Not available |

Delivery to **Sacramento, 95829**

Sold and shipped by **DemProductSales (Estimated delivery 2-5 days) [Serial Number Recorded]**

★★★★☆ 98 seller reviews
View seller information

**Free 15-day returns** Details

Add to list

Add to registry

**More seller options (1)**

Starting from $999.00 Compare all sellers

Best seller

Sponsored

Now $209.99 $899.99

Ausuda 14.1" Laptop Intel Celeron J4125(Quad-Core up to 2.7GHz), 8GB RAM, 256GB SSD, Bluetooth, Windows 11 Pro Work Computer FHD 1920*1080P, Silver

★★★½☆ 204

2-day shipping

+ Add

**At a glance**



5/13/24, 6:12 PM — Acer Swift X SFX14-41G-AMD Ryzen 7 5800U-1-9-GHz-Win 11-Home-GF-RTX-3050-Ti-16-GB-RAM-512-SSD-14-IPS-1920-x-1080-Full-HD-Wi-Fi 6 - silver, safari gold - kbd: US Intl - Walmart.com

2/4

| Screen size | 14.0" | | HD capacity | 512.0 GB |
| Processor | AMD Ryzen 7 | | Weight | 0.7 in |
| Ram memory | 16.0 GB | | Touchscreen | N |

## About this item

### Product details

Acer Swift X SFX14-41G - 14" - Ryzen 7 5800U - 16 GB RAM - 512 GB SSD - US Intl

**Key Features and Benefits:**

- **Powerful performance**
  With an advanced processor and graphics, you're able to finish tasks faster with plenty of power to spare for creation-focused work or even the occasional game. Multiple cooling modes, dual heat pipes and a device-lifting hinge, all combine to further enhance the laptop's performance.
- **Light, modern design**
  Go where you want, when you want. This laptop stays with you throughout your daily adventures.
- **Clearer, brighter vision**
  Eye-popping colors and details bring images and videos to life in the 72% NTSC color gamut. Through the use of narrow bezel, offering an amazing screen-to-body ratio, users see more of the screen. Eye strain is also lessened and colors are improved with Acer ExaColor and Acer Color Intelligence.
- **All-day use**
  Spending all-day on the move requires a large battery, and it's capable of lasting for longer. In cases of emergency, it can also be fast-charged.
- **Full connectivity**
  Quickly connect to wireless networks with the dual-band Intel Wi-Fi 6 and Bluetooth. In addition, take full advantage of the plentiful array of ports for fast data transfer and power delivery.

**What's Included:**

- Acer Swift X SFX14-41G
- Power adapter

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Compare with similar items



| | Viewing this item | | | | | |
|---|---|---|---|---|---|---|
| | | + Add | + Add | + Add | + Add | + Add | + Add |
| | **$998.00** | **$929.99** | **$889.00** | **$914.99** | **$1,099.00** | Now **$914.99** $1,044.99 |
| | Acer Swift X SFX14-41G - AMD Ryzen ... | Swift X SFX16-52G-73U6 16" WUXGA... | Acer Swift 3 SF314-43 - AMD Ryzen 7 ... | Acer Aspire 3 Spin Home/Business 2-i-... | Acer Swift Edge 16 SFE16-43 - AMD ... | Acer Swift Go 14 SFG14-72 - 180-... |
| | ★★★★★ 4 | ★★★☆☆ 2 | | | | |
| **Operating System** | Windows 11 Home | Windows | Windows 11 Home | Windows 11 Pro | Windows 11 Home | Windows 11 Home |
| **Processor Type** | AMD Ryzen 7 | Intel Core i7 | AMD Ryzen 7 | i3-N305 | AMD Ryzen 7 | Core Ultra 5 |
| **RAM Memory** | 16.0 GB | 16 GB | 16 GB | 8 GB | 16 GB | - |
| **Hard Drive Capacity** | 512.0 GB | 512 GB | 512 GB | 1 TB | 1,024 TB | 512 GB |

See More ⌄

### Specifications

**Screen Size**
14.0"

**Processor Type**
AMD Ryzen 7

**RAM Memory**
16.0 GB

**Hard Drive Capacity**
512.0 GB

More details

### Warranty

**Warranty length**
1-year warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty prior to purchase.

More details

5/13/24, 6:12 PM
Acer Swift X SFX14-41G-R1S6 Laptop, 14" Full HD, AMD Ryzen 7 5800U, 16GB RAM, 512GB SSD - silver, safari gold - kbd: US Intl - Walmart.com
Case 2:24-cv-00728-JRG   Document 23-1   Filed 01/28/25   Page 21 of 38 PageID #:
1818








Best seller



Sponsored

+ Add

**$619.99**

Acer Laptop Aspire 5 Intel Core i7-1355U 16 GB LPDDR5 Memory 512 GB PCIe SSD Intel Iris Xe Graphics 15.6" Windows 11 Home 64-bit A515-58M-78JL

★★★★★ 3

Shipping, arrives **in 3+ days**

+ Add

**$179.99**

Acer Aspire 1 15.6" Full HD Laptop, Intel Celeron N4500, 128GB SSD, Windows 11 Home in S mode, A115-32-C96U

★★★★★ 5

Shipping, arrives **in 3+ days**

**Now $300.00** $469.00

+ Add

Acer Spin 5 SP513-53N-57RE 13.3" 2 in 1 Notebook - Co UHD Graphics 620 - Steel Gray

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

### Frequently bought together



$998.00

Acer Swift X SFX14-41G - AMD Ryzen 7 5800U / 1.9 GHz - Win 11 Home - GF RTX 3050 Ti - 16 GB RAM - 512 GB SSD - 14" IPS 1920 x 1080 (Full HD) - Wi-Fi 6 - silver, safari gol...

★★★★★ 4

+

$79.99

HECATE G5BT Bluetooth 45ms Low Latency Wireless Gaming Hi-Res Audio Headset With Retractable Microphone

+

**Now $15.28** $19.99

Optical Pink Wired Mouse Mice With Braided USB for Laptop Computer Gift for w/Ty

+

$5.94

Lenovo IdeaPad Gaming - Keyboard and mouse pad - size L - dark blue - for Flex 7 14; IdeaPad 1 14; 5 Pro 14; S340-14; ThinkBook 14s Yoga G2 IAP; V15 IML

★★★★☆ 23

**Now $1,099.21** $1,101.10

[ Add 4 items to cart ]

ⓘ Items may be delivered on different dates

 Earn $51.00 on this item. See if you're pre-approved with no credit risk.   Learn more

# 4.8 out of 5

★★★★★  (4 reviews)

[ View all reviews ]   Write a review

5 stars                                                         3
4 stars                                                         1
3 stars
2 stars
1 star

**Most relevant**

Case 2:24-cv-00728-JRG   Document 23-1   Filed 01/28/25   Page 22 of 38 PageID #: 1819

★★★★★ Seller Verified Purchase ⓘ        10/22/2021

**Minecraft Seus Shaders 57fps**

Runs minecraft seus shaders 2020 at 57fps and is lightweight and good for gaming and travel

👍 0   👎 0   💬

Originally posted on **Acer America Corporation**

★★★★★ Seller Verified Purchase ⓘ        11/4/2021

**Great laptop**

Loaded laptop for cheap. Only knock is that the screen bezel is ancient looking and cheap. Otherwise fantastic!!

Robb

👍 0   👎 0   💬

Originally posted on **Acer America Corporation**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

This Acer Swift X is the best computer I've used for more than a day. It is fast, efficient, and portable. It able to handle

 MacBook Air

Save on MacBook Air M1

👍 0   👎 0   💬

Originally posted on **Acer America Corporation**

Sponsored ⓘ

View all reviews



＋ Add

**$1,249.99**

Acer Nitro 16 AN16-41 - AMD Ryzen 7 7735HS / 3.2 GHz - Win 11 Home - GeForce RTX 4070 - 16 GB RAM - 512 GB SSD - 16" IPS 2560 x 1600 (WQXGA)

★★★☆☆ 4

Shipping, arrives **in 3+ days**



＋ Add

**$463.00**

Acer Aspire 5, 14.0" Full HD IPS Display, 11th Gen Intel Core i5-1135G7, 8GB DDR4, 256GB M.2 NVMe PCIe SSD, Wi-Fi 6 AX201 802.11ax, Safari Gold, Windows 11 Home, A514-54-501Z

★★★★☆ 120

Shipping, arrives **in 3+ days**



＋ Add

**$427.18**

Acer Swift 3, 13.5" 2K UHD, Intel Core i5 1035G4, 8GB 52-526M

★★★★☆ 73

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Acer Predator Helios Gaming Laptop.          Ao515 44 R99a

Acer Predator Helios Gaming Laptop Ram Upgrade          Asus Proart

Acer Gaming Laptops          Acer Predator Helios 700

Acer Geforce Gtx          Acer Nitro 5 Laptops

Asus Touchscreen Laptops          All Alienware Laptops

All Asus Laptops          ASUS

Electronics / Computers, Laptops and Tablets / Laptops / Laptops by Operating System / Windows OS Laptops / Windows 11 Laptops

5/13/24, 6:12 PM

Xiaomi Redmi Note 11 Dual-SIM 64GB ROM + 4GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (Star Blue) - International Version - Walmart.com

Case 2:24-cv-01727-JRO — Document 23 — Filed 01/28/25 — Page 23 of 38 Page ID #:1820

Xiaomi

Xiaomi Redmi Note 11 Dual-SIM 64GB ROM + 4GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (Star Blue) - International Version

**Now $375.00** $485.00 ⓘ

You save $110.00 ⓘ

As low as $25/mo with Affirm. Learn how

Price when purchased online ⓘ

Add to cart

🛡 **Add a protection plan** What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $89.00
☐ 3-Year plan - $919.39

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🏬 Delivery |
|---|---|---|
| Arrives May 29 | Not available | Not available |
| Free | | |

Delivery to Sacramento, 95829

🏪 Sold and shipped by KICKmobiles

View seller information

⟳ Free 30-day returns Details

♡ Add to list          ⊞ Add to registry

Sponsored

**Now $619.25** $699.00

OnePlus 10 Pro 5G Dual SIM 256GB 8GB RAM GSM Unlocked - Green

3+ day shipping

+ Add





1/3

**At a glance**

| Screen size | 6.43 in | | Rear cam mpx | 50 MP |
|---|---|---|---|---|
| HD capacity | 64 GB | | Front cam mpx | 13 MP |
| Ram memory | 4 GB | | Wireless | 802.11n, Bluetooth, 4G LTE, Wi-Fi, 3G, 2G, 802.11b, 900 MHz, 802.11g |

**About this item**

Product details ⌃

The Xiaomi Redmi Note 11 is powered by 2.4 GHz Octa-core processor and it comes with 4GB of RAM. The Xiaomi Redmi Note 11 packs 64GB of internal storage that can be expanded via microSDXC (dedicated slot).

The Xiaomi Redmi Note 11 runs Android 11 and is powered by a 5000mAh non-removable battery.

FREQUENCIES : COMPATIBLE TO USE WITH NETWORK SIM CARDS THAT WORKS ON

SIM CARD 1:

2G : GSM 850 / 900 / 1800 / 1900 and/or

3G : WCDMA 850(B5) / 900(B8) / 1700/2100(B4) / 1900(B2) / 2100(B1) and/or

4G : FDD-LTE 700(B28) / 800(B20) / 850(B5) / 900(B8) / 1700/2100(B4) / 1800(B3) / 1900(B2) / 2100(B1) / 2600(B7) : TDD-LTE 2300(B40) / 2500(B41) / 2600(B38)

SIM CARD 2:

2G : GSM 850 / 900 / 1800 / 1900 and/or

3G : WCDMA 850(B5) / 900(B8) / 1700/2100(B4) / 1900(B2) / 2100(B1) and/or

4G : FDD-LTE 700(B28) / 800(B20) / 850(B5) / 900(B8) / 1700/2100(B4) / 1800(B3) / 1900(B2) / 2100(B1) / 2600(B7) : TDD-LTE 2300(B40) / 2500(B41) / 2600(B38)

IMPORTANT : PLEASE CHECK WITH YOUR NETWORK PROVIDER FOR COMPATIBILITY CHECK BEFORE YOU PURCHASE.

- For USA Buyers : This Smartphone is compatible/will work with any GSM Networks such as AT&T, T-Mobile. For exact 2G GSM, 3G, 4G/LTE compatibility, please check with your network provider in advance prior to your purchase. This phone WILL NOT WORK with any CDMA Networks such as VERIZON, SPRINT, US CELLULAR.
- 6.43 inches, AMOLED, 90Hz, 700 nits, 1000 nits (peak), 1080 x 2400 pixels, 20:9 ratio (~409 ppi density)

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Compare with similar items



| | Viewing this item | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | + Add | + Add | + Add | + Add | + Add | + Add | + Add | + Add |
| | Now $375.00 $485.00 | $449.00 | $479.00 | $489.00 | $449.00 | $489.00 | $449.99 | $415.00 |
| | Xiaomi Redmi Note 11 Dual-SIM 64GB... | Xiaomi Redmi Note 13 DUAL SIM 128G... | Xiaomi Redmi 10A Dual-SIM 32GB... | Xiaomi Redmi Note 13 Pro DUAL SIM... | Xiaomi Poco M5 Dual-SIM 64GB... | Xiaomi Poco M3 Pro Dual-SIM 128GB... | Xiaomi 12 Dual-Sim 128GB ROM 8GB... | Xiaomi Redmi 13C DUAL SIM 128GB... |
| Screen Size | 6.43 in | 6.67 in | 6.53 in | 6.67 in | 6.58 in | 6.5 in | 6.28 in | 6.74 in |
| Rear-Facing Camera Megapixels | 50 MP | 108 MP | 13 MP | 200 MP | 50 MP | 48 MP | 50 MP | 50 MP |
| Front-Facing Camera Megapixels | 13 MP | 16 MP | 5 MP | 16 MP | 5 MP | 8 MP | 32 MP | 8 MP |

## Specifications

**Resolution**
1080 x 2400 pixels

**Brand**
Xiaomi

**Cell Phone Type**
Unlocked Smartphones

**Screen Size**
6.43 in

More details

## Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



$449.00
Xiaomi Redmi Note 10S Dual-SIM 64GB ROM 6GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (White) - International Version

Shipping, arrives in 3+ days



$335.00
Xiaomi Redmi 9AT Dual-SIM 32GB ROM 2GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (Sky Blue) - International Version

Shipping, arrives in 3+ days



$465.00
Xiaomi Redmi Note 11 Standard Edition Dual-SIM 128GB Factory Unlocked 4G/LTE SmartPhone (Star Blue) - Int

Shipping, arrives in 3+ days

Xiaomi Redmi Note 11 Dual-SIM 64GB ROM + 4GB RAM GSM Only No CDMA Factory Unlocked 4G LTE Smartphone Star Blue International Version - Walmart.com

  

**$549.00**
Xiaomi Poco X5 Dual-SIM 256GB ROM 8GB RAM (Only GSM | No CDMA) Factory Unlocked 5G Smartphone (Blue) - International Version

Shipping, arrives in 3+ days

**$419.99**
Xiaomi Poco X6 PRO 5G 4G LTE Global Unlocked (512GB 12GB) GSM 6.67" 64MP Triple Camera (Tmobile Mint Tello Global) (Grey Global ROM)

Shipping, arrives in 3+ days

**$595.00**
Xiaomi Redmi Note 10T 5G Dual-SIM 64GB ROM 4GB Unlocked 5G Smartphone (Graphite Black) - Internatio

Shipping, arrives in 3+ days

Report incorrect product information

Earn $21.25 on this item. See if you're pre-approved with no credit risk. Learn more

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

  

**Now $119.64** $149.99
Motorola Mobility PAVA0005US 6.5 in- Android 12 - MediaTek Helio G37 - 1600 x 900 - Moto G Play 4G 2023 3GB 32GB - CDMA / GSM - Navy Blue - Unlocked Smartphone
★★★☆☆ 26
Shipping, arrives in 3+ days

**Now $360.19** $799.52
Samsung Galaxy Note20 Ultra 5G N986U 128GB GSM/CDMA Unlocked Android Smartphone - Mystic Black (Used)
★★☆☆☆ 3
Shipping, arrives in 3+ days

**$395.00**
Google Pixel 6a 128 GB Smartphone, 6.1" OLED Full HD XIDual-core (2 Core) 2.80 GHz Cortex A76 Dual-core ( Core) 1.80 GHz), 6 GB RAM, Android 12, 5G, Sage
★★★★☆ 33
Shipping, arrives in 3+ days

**Report:** ⚠ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

Xiaomi Redmi Note Pro Unlocked
Redmi Note 4 Mobile
Redmi 4a Smartphone
Unlocked Android phones
All Galaxy Z Flip Phones
Celulares Desbloqueados

Redmi Note 5 Pro Phone
Redmi Note 4 Mobiles
Redmi Red
Galaxy Z Flip 5G Prepaid Phones
GSM Unlocked
Android Phones

Cell Phones / Shop Phones by Operating System / Android / Android Phones

https://www.walmart.com/ip/Xiaomi-Redmi-Note-11-Dual-SIM-64GB-ROM-4GB-RAM-GSM-Only-No-CDMA-Factory-Unlocked-4G-LTE-Smartphone-Star-Blue-International-Version/2433973055?from=/search



☰  **newegg**  📍  🔍                                    🔔  ⚪  ☀️  👤  🛒

Group Buy   Join Newegg+   Today's Best Deals   PC Builder   Clearance   Best Sellers   New at Newegg   **NEWEGG BUSINESS**   📋 FEEDBACK   ? HELP CENTER

Home  >  Computer Systems  >  Laptops / Notebooks  >  Laptops / Notebooks  >  Acer America  >  **Item#: 9SIA8X5J601766**                    Browsing History

 acer »    **Shop All Acer America Products**    Visit **DemProductSales Store**    👤+ FOLLOW



**Acer Swift X Creator Laptop | 14" Full HD 100% sRGB | AMD Ryzen 5 5600U | NVIDIA RTX 3050 Laptop GPU | 8GB LPDDR4X | 512GB NVMe SSD | Wi-Fi 6 | Backlit Keyboard | Windows 11 Home SFX14-41G-R7YT**

(10)  <u>Write a Review</u>                    🔗 SHARE

<u>See 3 Questions | 3 Answers</u>

- Brand Acer
- Series SFX14-41G-R7YT
- Screen Size 14 Inches
- Color Gold
- CPU Model Ryzen 5
- Ram Memory Installed Size 8 GB

**$667**.99

Free 30-day Returns ❓

as low as **$61/mo** with affirm ⓘ

4 payments of **$167.00** with **Zip**

$56/mo suggested payments with 12-month special financing. <u>Learn how</u>

[ 1  +  − ]    **ADD TO CART ▸**

📍 Deliver to **Select delivery location**

**FREE SHIPPING** from United States ❓

☐ ADD TO COMPARE
📷 PRICE ALERT
♡ ADD TO LIST
◆ REPORT A LISTING

Shipped by: **DemProductSales**
Sold by: **DemProductSales** ⚙️ ✅

**Newegg+**
Enjoy Free Shipping, Exclusive Offers, Member-only Discount, and more with Newegg+ membership

<u>Learn More</u>    OPT IN FOR FREE

**2 New** from $667.99

🔍 See more **acer laptop**
🏷️ Best sellers of **Laptops /...**
🕐 Lowest price of **Laptops /...**
 Deals of **Laptops / Notebooks**
 New at Newegg **Laptops /...**
 Clearance **Laptops / Notebooks**

## CUSTOMERS ALSO VIEWED



‹

**Acer Aspire 3 Laptop, 15.6" FHD Display, Intel Core i5-1135G7, 20GB RAM, 2TB SS...**
~~$779.00~~
**$679**.00
☐ Add to Compare
ⓘ Sponsored

**Acer TravelMate P2 TMP214 Business Laptop, 14" FHD 1920 * 1080 Non-touch 60...**
~~$839.00~~
**$729**.00
☐ Add to Compare
ⓘ Sponsored

Newegg Hand-picked

(121)
**MSI Modern 14 14" Ultra Thin and Light Laptop AMD Ryzen 5-7530U UMA 16GB...**
~~$599.00~~
**$549**.00
☐ Add to Compare

›

Shop All Products ▸

Computer Systems    Shop All Deals    Today's Best Deals

## CUSTOMER ALSO BOUGHT

All   Docking Stations   Gaming Monitors   Mice   Keyboards

CURRENTLY VIEWING

5/13/24, 6:11 AM    Acer Swift X Creator Laptop | 14" Full HD 100... NVIDIA GeForce RTX 3050 GPU | AMD Ryzen 5 5600U | 8GB | 512GB SSD | 14" F...

Case 2:24-cv-00728-JRG   Document 58-4   Filed 01/23/25   Page 27 of 38 PageID #: 1824

**CURRENTLY VIEWING**



(10)
Acer Swift X Creator Laptop | 14" Full HD 100...
$667.99



(100)
Wavlink Universal USB C Laptop Docking Station with 100W Charging an...
$229.99
$135.99



(329)
ASRock Phantom PG27Q15R2A 27" QHD 2560 x 1440 (2K) 165 Hz...
$239.99



(19
Logitech M3
Optical Mou
(910-004277
$29.99
$19.99

**MEET YOUR SELLERS**

DemProductSales  **DemProductSales**

See Seller Store ▸    | FOLLOW |




YOUR **BUSINESS.**
OUR **PASSION.**
newegg BUSINESS
✓ Free Business Account
✓ Net Terms
✓ Dedicated Sales Reps.
✓ Volume Discounts
SIGN-UP NOW ▸


**ARE YOU AN E-BLAST INSIDER?**

Enter Email Address    | SUBSCRIBE |

**Summary (1 Item)**

 +

Subtotal:    $667.99

| ADD SELECTED TO CART ▸ |

---

Overview | Specs | Reviews | Q & A

Inaccurate specs? Let us know   🗩 FEEDBACK

Inaccurate specs? Let us know   🗩 FEEDBACK

## COMPARE WITH SIMILAR PRODUCTS

| Products | THIS ITEM | | | | |
|---|---|---|---|---|---|
| | Acer Swift X Creator Laptop \| 14" Full HD 100... | HP Newest Pavilion Laptop, 15.6'' Full HD... | Refurbished: HP ProBook 445 G7 14" Full HD 192... | Refurbished: HP ProBook 445 G7 14" Full HD 192... | |
| | ADD TO CART ▸ | ADD TO CART ▸ | ADD TO CART ▸ | ADD TO CART ▸ | |
| Price | $667.99 | $729.00 | $395.00 | $399.99 | |
| Rating | (10) | (1) | | | |
| Sold By | DemProductSales | XM-Electronics | Price Right Computers | Price Right Computers | |
| CPU Name | AMD Ryzen 5 5600U | 2.00GHz | AMD Ryzen 5 4500U | AMD Ryzen 5 4500U | |
| Memory | 8GB | 16GB | 8GB | 16GB | |
| HDD | No | No | No | No | |
| SSD | 512 GB | 256 GB | 512 GB | 128 GB | |
| GPU/VPU | GeForce RTX 3050 Laptop GPU | AMD Radeon Graphics | AMD Radeon Graphics | AMD Radeon Graphics | |
| Operating System | Windows 11 Home | Windows 11 Home | Windows 11 Pro | Windows 11 Pro | |

5/13/24, 6:13 PM    Acer SWIFT X Creator Laptop | AMD Ryzen 7 5800U NVIDIA Geforce GPU | 14" 1920 x 1080 | 16GB LPDDR4X | 512GB SSD | 14" F…

Case 2:24-cv-00728-JRG    Document 33-4    Filed 01/29/25    Page 28 of 38 PageID #: 1825

| | | | | |
|---|---|---|---|---|
| Touchscreen | | Yes | No | No |
| Resolution | | 1920 x 1080 | 1920 x 1080 | 1 |

## WARRANTY & RETURNS

### WARRANTY, RETURNS, AND ADDITIONAL INFORMATION

**Warranty**

Please contact the Seller directly for warranty information. Warranty information may also be found on the Manufacturer's website.

Read full details



**Return Policies**

Return for refund within: 30 days

Return for replacement within: 30 days

This item is covered by DemProductSales Return Policy

**Manufacturer Contact Info**

For a directory of all our manufacturers, please click below.

Manufacturers Directory



LOADING...

## MORE BUYING OPTIONS

LOADING...

ADVERTISEMENT



Save 40% on Creative Cloud All Apps.

First year only. Offer ends May 13.

Buy now

Adobe

*DEALS JUST FOR YOU*

**Sign up to receive exclusive offers in your inbox.**

Enter your e-mail address    SIGN UP

View Latest Email Deals



*DOWNLOAD OUR APP*

**Enter your phone number and we'll send you a download link.**

+1    Enter your phone number    SEND LINK

OR

**Scan the QR code to download App**
Scan this code with your phone's camera.

CUSTOMER SERVICE    ⌄

MY ACCOUNT    ⌄

COMPANY INFORMATION    ⌄

TOOLS & RESOURCES    ⌄

SHOP OUR BRANDS    ⌄

5/13/24, 6:13 PM

Case 2:24-cv-00728-JRG | Document 58-4 | Filed 01/29/25 | Page 30 of 33 PageID #: 1827

Acer Swift X Creator Laptop | AMD Ryzen 5 5600U NVIDIA RTX 3050Ti 4 GB GPU | 16 GB LPDDR4X | 512 GB SSD | 14" F...

© 2000-2024 Newegg Inc.  All rights reserved.    Terms & Conditions    Privacy Policy    Cookie Preferences

5/13/24, 6:11 PM    Xiaomi Redmi Note 11 Dual-SIM 128GB ROM + 4GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (Grap…

Case 2:24-cv-00728-JRG   Document 23-4   Filed 01/28/25   Page 31 of 38 PageID #: 1828

     

☰    Clearance    Best Sellers    New at Newegg    AI PC Store    Game Deals    Student Discount    Combo Up Sav    NEWEGG BUSINESS    🔲 FEEDBACK    ⓘ HELP CENTER

Home  >  Electronics  >  Cell Phones  >  Cell Phones - Unlocked  >  Mi  >  **Item#: 9SIAEJWH1Z9841**                              Browsing History



  

**Shop All Mi Products** | **Visit KICKmobiles Store**  + FOLLOW

**Xiaomi Redmi Note 11 Dual-SIM 128GB ROM + 4GB RAM (GSM Only | No CDMA) Factory Unlocked 4G/LTE Smartphone (Graphite Gray) - International Version**

**Be the first to review this product...**

**Ask Or Answer A Question**

⤴ SHARE

Option:  **Gray**

| | $345.00 |    | | $405.00 |

- 6.43 inches, AMOLED, 1080 x 2400 pixels
- 128GB Storage, 4GB RAM, microSDXC (dedicated slot)
- Android 11, Qualcomm SM6225 Snapdragon 680 4G (6 nm), Octa-core (4x2.4 GHz Kryo 265 Gold & 4x1.9 GHz Kryo 265 Silver)

See more ▾


Get up to $360 off when you switch to AT&T and bring your own smartphone.
LEARN MORE ▸

**$405**.00

Free **30-day** Returns ❓

as low as **$37/mo** with *affirm* ⓘ

4 payments of **$101.25** with  ⓘ

$68/mo suggested payments with 6-month special financing.
**Learn how**

1  +  −        **ADD TO CART ▸**

📍 Deliver to **Select delivery location**

**SPECIAL SHIPPING** from United Kingdom

☐  **ADD TO COMPARE**
🔔  **PRICE ALERT**
♡  **ADD TO LIST**
◆  **REPORT A LISTING**

Shipped by: KICKmobiles
Sold by: KICKmobiles ⚙ ✓



**Newegg+**
Enjoy Free Shipping, Exclusive Offers, Member-only Discount, and more with Newegg+ membership

**Learn More**        OPT IN FOR FREE

🔍  See more  **xiaomi redmi note 11**
⭐  Best sellers of  **Cell Phones -...**
💲  Lowest price of  **Cell Phones -...**
        Clearance  **Cell Phones - Unlocked**
🚚  New at Newegg  **Cell Phones -...**

## CUSTOMERS ALSO VIEWED



Newegg Refurbished

◂

**Refurbished: Sony Xperia PRO-I 5G Smartphone 120Hz 6.5" 21:9 4K HDR OLED...**

$698.00

☐ Add to Compare

ⓘ Sponsored

**Xiaomi Redmi 10C DUAL SIM 128GB ROM + 4GB RAM (GSM only | No CDMA) Factory...**

$515.00

☐ Add to Compare

**Xiaomi Redmi 10 2022 Dual-SIM 128GB ROM + 4GB RAM (GSM Only | No CDMA)...**

$425.00

☐ Add to Compare

▸

Electronics    Shop All Deals    Today's Best Deals

  

## PRODUCTS RELATED TO THIS ITEM

**MEET YOUR SELLERS**

KICKmobiles **KICKmobiles**

CURRENTLY VIEWING









See Seller Store ›    FOLLOW

Xiaomi Redmi
Note 11 Dual-SIM
128GB ROM +...

$405.00

(47)

ORICO 40W 5 Ports High
Speed Desktop USB
Charger for iPhone 6s / ...

$25.99

iOttie HLCRIO171 Easy
One Touch 5
Dash/Windshield...

$24.95

Samsung 47
Watch 6 Cla
Watch - Blac

$407.99


YOUR BUSINESS. OUR PASSION.
newegg BUSINESS
✓ Free Business Account
✓ Net Terms
✓ Dedicated Sales Reps.
✓ Volume Discounts
SIGN-UP NOW ›

Summary (1 Item)

 +

Subtotal:    $405.00

ADD SELECTED TO CART ›

ARE YOU AN E-BLAST INSIDER?

Enter Email Address    SUBSCRIBE

Overview    Specs    Reviews    Q & A

Inaccurate specs? Let us know    💬 FEEDBACK

The Xiaomi Redmi Note 11 is powered by 2.4 GHz Octa-core processor and it comes with 4GB of RAM. The Xiaomi Redmi Note 11 packs 128GB of internal storage that can be expanded via microSDXC (dedicated slot).

The Xiaomi Redmi Note 11 runs Android 11 and is powered by a 5000mAh non-removable battery.

**FREQUENCIES : COMPATIBLE TO USE WITH NETWORK SIM CARDS THAT WORKS ON**

SIM CARD 1:

2G : GSM 850 / 900 / 1800 / 1900 and/or

3G : WCDMA 850(B5) / 900(B8) / 1700 | 2100(B4) / 1900(B2) / 2100(B1) and/or

4G : FDD-LTE 700(B28) / 800(B20) / 850(B5) / 900(B8) / 1700 | 2100(B4) / 1800(B3) / 1900(B2) / 2100(B1) / 2600(B7)
: TDD-LTE 2300(B40) / 2500(B41) / 2600(B38)

SIM CARD 2:

2G : GSM 850 / 900 / 1800 / 1900 and/or

3G : WCDMA 850(B5) / 900(B8) / 1700 | 2100(B4) / 1900(B2) / 2100(B1) and/or

4G : FDD-LTE 700(B28) / 800(B20) / 850(B5) / 900(B8) / 1700|2100(B4) / 1800(B3) / 2100(B1) / 2600(B7)
: TDD-LTE 2300(B40) / 2500(B41) / 2600(B38)

IMPORTANT : PLEASE CHECK WITH YOUR NETWORK PROVIDER FOR COMPATIBILITY CHECK BEFORE YOU PURCHASE.

Inaccurate specs? Let us know    💬 FEEDBACK

## COMPARE WITH SIMILAR PRODUCTS

| Products | | | | |
|---|---|---|---|---|
| | **THIS ITEM**<br>Xiaomi Redmi Note 11 Dual-SIM 128GB ROM +...<br>ADD TO CART ▸ | Xiaomi Redmi 10C DUAL SIM 128GB ROM +...<br>ADD TO CART ▸ | Xiaomi Redmi 10 2022 Dual-SIM 128GB ROM +...<br>ADD TO CART ▸ | Realme C25Y Dual-SIM 128GB ROM + 4GB RA...<br>ADD TO CART ▸ |
| Price | $405.00 | $515.00 | $425.00 | $345.00 |
| Sold By | KICKmobiles | KICKmobiles | KICKmobiles | KICKmobiles |
| Processor Core | Octa-core | | | Octa-core |
| Processor Speed | Octa-core (4x2.4 GHz Kryo 265 Gold & 4x1.9 GHz Kryo 265 Silver) | | | Octa-core (2x1.8 GHz Cortex-A75 & 6x1.8 GHz Cortex-A55) |
| Rear Camera | 50MP+8MP+2MP+2 MP | | | 50MP+2MP+2MP |
| Front-Facing Camera | 13 MP | | | 8 MP |
| RAM | 4GB | 4GB | 4GB | 4GB |
| Built-in Storage | 128GB | 128GB | 128GB | 128GB |
| Main Display Size | 6.4" | 6.7" | 6.5" | 6.5" |
| Main Display Resolution | 1080 x 2400 | | | 720 x 1600 |
| Battery Type | Non-removable Li-Po Battery | | | Non-removable Li-Po Battery |
| Battery Capacity | 5000 mAh | | | 5000mAh |
| Operating System | Android 11 | Android 11 | Android 11 | Android 11 |

## WARRANTY & RETURNS

### WARRANTY, RETURNS, AND ADDITIONAL INFORMATION

**Warranty**

Please contact the Seller directly for warranty information. Warranty information may also

**Return Policies**

Return for refund within: 30 days

Return for replacement within: 30 days

**Manufacturer Contact Info**

For a directory of all our manufacturers, please click below.

Manufacturers Directory

be found on the Manufacturer's
website.

This item is covered
by <u>KICKmobiles Return Policy</u>

<u>Read full details</u>



LOADING...

ADVERTISEMENT



Meet the powerful tools
needs to thrive at
Ad By
Adobe Systems Incorporated

### DEALS JUST FOR YOU

**Sign up to receive exclusive offers in your inbox.**

Enter your e-mail address          **SIGN UP**



**View Latest Email Deals**

### DOWNLOAD OUR APP

**Enter your phone number and we'll send you a download link.**

+1   Enter your phone number          SEND LINK

OR



**Scan the QR code to download App**
Scan this code with your phone's camera.

CUSTOMER SERVICE ⌄

MY ACCOUNT ⌄

COMPANY INFORMATION ⌄

TOOLS & RESOURCES ⌄

SHOP OUR BRANDS ⌄

© 2000-2024 Newegg Inc.  All rights reserved.     Terms & Conditions   Privacy Policy   Cookie Preferences

9/3/24, 4:03 PM    Xiaomi Redmi Note 13 5G + 4G LTE (128GB + 6GB), 6.67" 108MP Triple Cell Phone - Midnight Black - Walmart.com

Case 2:24-cv-00728-JPC   Document 33-4   Filed 01/29/25   Page 36 of 38 PageID #: 1833





$207.40
Options from $207.40 – $399.99
Samsung Galaxy S20+ 5G, 128GB Unlocked Smartphone, Black
★★★★☆ 823
Shipping, arrives in 2 days

Options



+ Add

Now $149.99 $179.99
Redmi Xiaomi 13C 4G LTE (256GB 8GB) Factory Unlocked Global ROM GSM 6.74" 50MP Triple Camera (Tello Mint & Global) (Midnight Black Global ROM)
Shipping, arrives in 3+ days



+ Add

$239.99
Xiaomi Poco M6 Pro 4G LTE GSM (512GB 12GB) 64MP (Tmobile Mint Tello Global) Unlocked (Purple Global RO
Shipping, arrives in 3+ days

## About this item

### Product details

Xiaomi Redmi Note 13 5G + 4G LTE (128GB + 6GB) 6.67" 108MP Triple (Tmobile Mint Tello & Global) Global Bands Unlocked (Midnight Black (Global ROM))

- USA MARKET ONLY WORK ON TMOBILE MINT TELLO OR ANY UNDER TMOBILE NETWORK PHONE NEEDS A SIM CARD ALREADY ACTIVATED ,OUTSIDE USA WORKS ANY GSM CARRIER SIM GSM FCC ID: 2AFZZAABG
- SIM1 + Hybrid* (SIM or MicroSD) 5G: n1/3/5/7/8/20/28/38/40/41/66/77/78 4G: 1/2/3/4/5/7/8/12/13/17/18/19/20/26/28/66 4G: LTE TDD: Band 38/40/41 3G: WCDMA: Band 2/4/5/8 2G: GSM: Quad Band.
- 6.67" FHD+ AMOLED displayRefresh rate: Up to 120HzBrightness: 500nits brightnessColor depth: 10-bitContrast ratio: 5,000,000:1Resolution: 2400 x 1080DCI-P3 wide color gamutCorning Gorilla Glass 5 protection1920Hz PWM dimming | TÜV Rheinland Low Blue Light Certification (Hardware solution) | TÜV Rheinland Circadian Friendly Certification | TÜV Rheinland Flicker Free Certification | Reading mode
- MediaTek Dimensity 6080 6nm process technologyCPU: Octa-core CPU, up to 2.4GHzGPU: Mali-G57 3.5mm headphone jackDolby Atmos
- GPS: L1 | A-GPS supplementary positioning | GLONASS: G1 | BDS: BII | Galileo E1 | Electronic compass | Wireless network | Data network | Sensor Assisted Positioning Side fingerprint sensorAI Face Unlock
- 108MP+8MP+2MP triple camera108MP main camera0.64pm, 9-in-1 1.92pm1.78MP ultra-wide cameraf/2.22MP macro cameraf/2.4Rear camera video recording1080p at 30fps720p at 30fps

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Processor Brand**
MediaTek

**Display Technology**
AMOLED

**Phone Feature**
Fingerprint (side-mounted), accelerometer, gyro, proximity, compass

**Resolution**
1080x2400 pixels

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬  Report incorrect product information

## Customer ratings & reviews

★★★★★  0 ratings | 0 reviews

**This item does not have any reviews yet**
Be the first to write a review

Write a review



**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

9/3/24, 4:03 PM  Xiaomi Redmi Note 13 PRO 5G 4G LTE 128GB 6GB, 6.67" 108MP Triple Cell Phone Mobile of Black - Walmart.com

Case 2:24-cv-00728-JRG-RSP Document 23-4 Filed 01/29/25 Page 38 of 38 PageID #: 1835







$299.99

Xiaomi Redmi Note 13 PRO 5G 4G LTE (256GB 8GB) 6.67" 200MP Triple (Tmobile Mint Tello &

$229.99

Xiaomi Redmi Note 13 PRO 4G LTE (256GB 8GB) 6.67" 200MP Triple (Tmobile Mint Tello & Global)

Now $389.99  $479.99

Xiaomi Redmi Note 13 PRO Plus 5G 4G LTE (512GB 12C

**Report:**   ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

GSM Unlocked

Galaxy Z Flip 5G Prepaid Phones

Unlocked Android phones

Galaxy Z Fold 5G Prepaid Phones

Galaxy Z Flip 5G Postpaid Phone

All Galaxy Z Flip Phones

Cell Phones  /  Shop Phones by Operating System  /  Android  /  Android Phones