# EXHIBIT M

**Comparison of U.S. Patent No. 11,799,131 to the CosMX CA496485F-Q1 Battery Cell**

| Claim 1 | CosMX CA496485F-Q1 Battery Cells |
|---|---|
| An electrochemical device, comprising: | The CA496485F-Q1 battery cell is an electrochemical device. |

1

| | |
|---|---|
| an electrode; | The CA496485F-Q1 battery cell contains an electrode.<br><br>Positive tab / Negative tab |
| an electrolyte comprising a dinitrile compound, a trinitrile compound, and propyl propionate; wherein, | The CA496485F-Q1 battery cell comprises an electrolyte which was extracted using a centrifuge and diluted for GC-MS analysis. GC-MS analysis revealed that the electrolyte comprised a dinitrile compound, a trinitrile compound, and propyl propionate.<br><br>| Propyl Propionate (PP) (wt %) | Dinitrile (wt %) | Trinitrile (wt %) | 1,3-Propane sultone (PS) (wt%) | 2-Fluoroethylene carbonate (FEC) (wt%) |<br>|---|---|---|---|---|<br>| 47.3 | 2.03 | 1.57 | 2.58 | 2.00 | |

2

| | |
|---|---|
| based on a total weight of the electrolyte, a weight percentage of the dinitrile compound is X, and a weight percentage of the trinitrile compound is Y; wherein, about 2 wt %≤(X+Y)≤about 8 wt %, and about 0.1≤(X/Y)≤about 6; | The electrolyte of the CA496485F-Q1 battery cell meets the requirement of, based on a total weight of the electrolyte, a weight percentage of the dinitrile compound is X, and a weight percentage of the trinitrile compound is Y; wherein, about 2 wt %≤(X+Y)≤about 8 wt %, and about 0.1≤(X/Y)≤about 6;  <br><br> | Limitation | X+Y (wt%) | X/Y | Z (wt%) | Y/Z | Dinitrile ID | Trinitrile ID |<br>|---|---|---|---|---|---|---|<br>| Claimed Range | 2 – 8 * | 0.1 – 6 | (present) | 0.01 – 0.3 | | |<br>| | 4 | 1.3 | 47 | 0.03 | BN + ADN | HTCN | |
| the electrode comprises a current collector, a single-sided coating and a double-sided coating; a first part of the current collector is provided with the single-sided coating and a second part of the current collector is provided with the double-sided coating; and an electrode compaction density of the electrode corresponding to the first part with the single-sided coating is D1, and, an electrode compaction density of the electrode corresponding to the second part with the double-sided coating is D2, wherein, about 0.8≤D1/D2≤ about 1.2 | The CA496485F-Q1 battery cell's electrode comprises a current collector, a single-sided coating and a double-sided coating; a first part of the current collector is provided with the single-sided coating and a second part of the current collector is provided with the double-sided coating and an electrode compaction density of the electrode corresponding to the first part with the single-sided coating is D1, and, an electrode compaction density of the electrode corresponding to the second part with the double-sided coating is D2, wherein, about 0.8≤ D1/D2≤about 1.2.  <br><br> | Claimed range | D1/D2 about 0.8≤D1/D2≤about 1.2 |<br>|---|---|<br>| Positive Electrode | 0.98 |<br>| Negative Electrode | 1.06 | |
| wherein based on the total weight of the electrolyte, a weight | The CA496485F-Q1 battery cell has an electrolyte which meets the requirement of: |

| percentage of the propyl propionate is Z; wherein, about $0.01 \leq (Y/Z) \leq$ about 0.3; | based on the total weight of the electrolyte, a weight percentage of the propyl propionate is Z; wherein, about $0.01 \leq (Y/Z) \leq$ about 0.3; |
|---|---|
| | <table><tr><td>Limitation</td><td>X+Y (wt%)</td><td>X/Y</td><td>Z (wt%)</td><td>Y/Z</td><td>Dinitrile ID</td><td>Trinitrile ID</td></tr><tr><td>Claimed Range</td><td>2 – 8 *</td><td>0.1 – 6</td><td>(present)</td><td>0.01 – 0.3</td><td></td><td></td></tr><tr><td></td><td>4</td><td>1.3</td><td>47</td><td>0.03</td><td>BN + ADN</td><td>HTCN</td></tr></table> |
| wherein the trinitrile compound is one selected from the group consisting of 1,3,5-pentanetricarbonitrile; 1,2,3-propanetrinitrile; 1,3,6-hexanetricarbonitrile; 1,2,6-hexanetricarbonitrile; 1,2,3-tris(2-cyanoethoxy)propane; 1,2,4-tris(2-cyanoethoxy)butane; 1,1,1-tris(cyanoethoxymethylene)ethane; 1,1,1-tris(cyanoethoxymethylene)propane; 3-methyl-1,3,5-tris(cyanoethoxy)pentane; 1,2,7-tris(cyanoethoxy)heptane; 1,2,6-tris(cyanoethoxy)hexane; 1,2,5-tris(cyanoethoxy)pentane; and any combination thereof. | The CA496485F-Q1 battery cell has an electrolyte which has a trinitrile compound that is one selected from the group consisting of 1,3,5-pentanetricarbonitrile; 1,2,3-propanetrinitrile; 1,3,6-hexanetricarbonitrile; 1,2,6-hexanetricarbonitrile; 1,2,3-tris(2-cyanoethoxy)propane; 1,2,4-tris(2-cyanoethoxy)butane; 1,1,1-tris(cyanoethoxymethylene)ethane; 1,1,1-tris(cyanoethoxymethylene)propane; 3-methyl-1,3,5-tris(cyanoethoxy)pentane; 1,2,7-tris(cyanoethoxy)heptane; 1,2,6-tris(cyanoethoxy)hexane; 1,2,5-tris(cyanoethoxy)pentane; and any combination thereof. |
| | <table><tr><td>Limitation</td><td>X+Y (wt%)</td><td>X/Y</td><td>Z (wt%)</td><td>Y/Z</td><td>Dinitrile ID</td><td>Trinitrile ID</td></tr><tr><td>Claimed Range</td><td>2 – 8 *</td><td>0.1 – 6</td><td>(present)</td><td>0.01 – 0.3</td><td></td><td></td></tr><tr><td></td><td>4</td><td>1.3</td><td>47</td><td>0.03</td><td>BN + ADN</td><td>HTCN</td></tr></table> |

4