# EXHIBIT A

**ATL's P.R. 4-3 Disclosures: Exhibit A**

| Claim Term, Phrase, or Clause (Asserted Claims) | Plaintiff's Proposed Construction | Intrinsic Evidence[1] | Extrinsic Evidence[2] |
|---|---|---|---|
| 1. "a weight percentage of the dinitrile compound is X"/"a weight percentage of the trinitrile compound is Y"<br><br>'910 Patent: Claims 1, 4, 6, 12, 18-20, 22-25<br>'131 Patent: Claims 1, 7, 14 | Plain and ordinary meaning | '910 Patent: 1:64-2:24; 6:01-8:33; Tables 1-1 and 1-2; Claims 1-26<br><br>'131 Patent: 1:63-2:24; 6:01-8:27; Tables 1-1 and 1-2; Claims 1-17<br><br>'910 Patent File History: Apr. 20, 2023 Office Action; Jul 20, 2023 Office Action Response; Aug. 2, 2023 Notice of Allowance; Petition and Patent Owner Preliminary Response from IPR2025-00405<br><br>'131 Patent File History: Apr. 20, 2023 Office Action; Jul 20, 2023 Office Action Response; Sept. 7, 2023 | N/A |

---

[1] Plaintiff reserves the right to rely on or respond to any intrinsic evidence cited by Defendant in support of Defendant's proposed claim constructions.

[2] Plaintiff reserves the right to rely on or respond to any extrinsic evidence cited by Defendant in support of Defendant's proposed claim constructions.

**ATL's P.R. 4-3 Disclosures: Exhibit A**

| Term | Construction | Intrinsic/Extrinsic Evidence | Expert |
|---|---|---|---|
| | | Notice of Allowance; Petition and Patent Owner Preliminary Response from IPR2025-00431 | |
| 2. "only a single-sided coating or a double-sided coating present [*sic*] on the same electrode"<br><br>'910 Patent: Claim 14 | Plain and ordinary meaning, in addition "only a single-sided coating or a double-sided coating present on the same electrode" should be judicially corrected to "only a single-sided coating or a double-sided coating **is** present on the same electrode" | '910 Patent: 2:58-3:8; 20:45-21:16; 21:40-22:10; FIGs. 2-4; Tables 7 and 8; Claims 1-26<br><br>'910 Patent File History: Sept. 7, 2023 Notice of Allowance; Petition and Patent Owner Preliminary Response from IPR2025-00405 | Expert testimony from Dr. Quinn Horn (see Declaration of Dr. Quinn Horn). |
| 3. "wherein the electrode comprises an anode"<br><br>'910 Patent: Claim 15 | Plain and ordinary meaning, in addition, claim 15 should be judicially corrected to refer back to claim 12, not claim 13. | '910 Patent: 2:58-3:8; 20:45-21:16; 21:40-22:10; Tables 7 and 8; Claims 1-26<br><br>'910 Patent File History: Sept. 7, 2023 Notice of Allowance; Petition and Patent Owner Preliminary Response from IPR2025-00405 | Webster's New World College Dictionary Fifth Edition; Expert testimony from Dr. Quinn Horn (see Declaration of Dr. Quinn Horn). |

**ATL's P.R. 4-3 Disclosures: Exhibit A**

| | | | |
|---|---|---|---|
| 4. "the pores at least comprises a part of the inorganic particles"<br><br>'148 Patent: Claims 1, 10 | Plain and ordinary meaning. In addition, "the pores at least comprises" should be judicially corrected to "the pores at least comprise" | '148 Patent: 1:44-49; 2:65-67; 3:64-67; 8:33-58; FIG. 2; Claims 1-19<br><br>'148 Patent File History: Oct. 04, 2022 Notice of Allowance; Petition and Patent Owner Preliminary Response from IPR2025-00432 | Expert testimony from Dr. Quinn Horn (see Declaration of Dr. Quinn Horn). |
| 5. "the positive plate"/"the negative plate"<br><br>'498 Patent: Claims 1, 9, 17, 20-22 | Plain and ordinary meaning. Judicially corrected to "positive electrode" / "negative electrode". | '498 Patent: Abstract, 2:12-3:5, 3:23-32, 4:38-5:17, 5:50-6:53, Figs. 1-5, Claims 1-22<br><br>'498 Patent File History: Initial Filed Claims, August 8, 2022 Amended Claims, October 24, 2022 Final Rejection, January 24, 2023 Amended Claims, June 29, 2023 Applicant Remarks, Petition from IPR2025-00389<br><br>'498 patent, code (56): U.S. Pat. No. 11,329,352, U.S. Pat. Pub. No. 2012/0052295 | Expert testimony from Dr. Quinn Horn (see Declaration of Dr. Quinn Horn). |

3

**ATL's P.R. 4-3 Disclosures: Exhibit A**

| | | | |
|---|---|---|---|
| 6. "a first layer comprising a first material"/"a second layer comprising a second material"<br><br>'118 Patent: Claims 1, 10, 19 | Plain and ordinary meaning. | '118 Patent: FIGS. 1, 2; Abstract, 1:45-2:43, 2:58-6:53, 6:63-7:17, 7:37-41, 8:28-50, 9:1-14:17, 17:39-18:59, Table 1, Claims 1-20<br><br>'118 Patent File History: May 31, 2023 office action response; Oct. 26, 2023 Final Office Action; Dec. 26, Office action response; Feb. 14, 2024 Notice of allowance; Patent Owner Preliminary Response from IPR2025-00524. | N/A |

4