# EXHIBIT B

CLAIMS

What is claimed is:

1.  A porous film, comprising:

    a binder; and

    inorganic particles;

    wherein the porous film comprises pores formed by the binder, the pores at least comprises a part of the inorganic particles, wherein the inorganic particles have particle sizes that Dv10 is in a range of 0.015 μm to 3 μm, Dv50 is in a range of 0.2 μm to 5 μm, and Dv90 is in a range of 1 μm to 10 μm; Dv10 of the inorganic particles is less than Dv50 of the inorganic particles, and Dv50 of the inorganic particles is less than Dv90 of the inorganic particles, and the inorganic particles have particle sizes that the ratio of Dv90 to Dv10 is in a range of 2 to 100.

2.  The porous film according to claim 1, wherein the porous film has an average pore size of 0.3 μm to 20 μm.

3.  The porous film according to claim 1, wherein the average wall thickness between the pores is in a range of 20 nm to 500 nm.

4.  The porous film according to claim 1, wherein a pore size distribution coefficient of the pores in the porous film is in a range of 1 to 5.

5.  The porous film according to claim 1, wherein the inorganic particles are at least one selected from the group consisting of alumina, silica, magnesia, titanium oxide, hafnium dioxide, tin oxide, cerium dioxide, nickel oxide, zirconia, zinc oxide, calcium oxide, boehmite, aluminum hydroxide, magnesium hydroxide, calcium hydroxide, and barium sulfate.

ATL-EDTX728-0001448

6. The porous film according to claim 1, wherein the binder is at least one selected from the group consisting of polyvinylidene fluoride, vinylidene fluoride-hexafluoropropylene copolymer, polyamide, polyacrylonitrile, polyacrylate, polyacrylic acid, polyacrylic acid salt, sodium carboxymethylcellulose, polyvinylpyrrolidone, polyvinyl ether, polymethyl methacrylate, polytetrafluoroethylene and polyhexafluoropropylene.

7. The porous film according to claim 1, wherein the porous film has a porosity of 20% to 90%.

8. The porous film according to claim 1, wherein the porous film has a thickness of 0.2 to 10 μm.

9. The porous film according to claim 1, wherein a volume ratio of the inorganic particles to the binder is in a range of 0.2 to 3.0.

10. A lithium-ion battery, comprising:
   a positive electrode;
   a negative electrode;
   a separator, arranged between the positive electrode and the negative electrode; non-aqueous electrolyte; and
     a porous film, comprising:
       a binder; and
       inorganic particles;
     wherein the porous film comprises pores formed by the binder, the pores at least comprises a part of the inorganic particles, wherein the inorganic particles have particle sizes that $Dv10$ is in a range of 0.015 μm to 3 μm, $Dv50$ is in a range of 0.2 μm to 5 μm, $Dv90$ is in a range of 1 μm to 10 μm; $Dv10$ of the inorganic particles is less than $Dv50$ of the inorganic particles, and $Dv50$ of the inorganic particles is less than $Dv90$ of the inorganic particles; and the inorganic particles have particle sizes that the ratio of $Dv90$ to $Dv10$ is in a

range of 2 to 100.

11. The lithium-ion battery according to claim 10, wherein the porous film has an average pore size of 0.3 μm to 20 μm.

12. The lithium-ion battery according to claim 10, wherein the average wall thickness between the pores is in a range of 20 nm to 500 nm.

13. The lithium-ion battery according to claim 10, wherein a pore size distribution coefficient of the pores in the porous film is in a range of 1 to 5.

14. The lithium-ion battery according to claim 10, wherein the inorganic particles are at least one selected from the group consisting of alumina, silica, magnesia, titanium oxide, hafnium dioxide, tin oxide, cerium dioxide, nickel oxide, zirconia, zinc oxide, calcium oxide, boehmite, aluminum hydroxide, magnesium hydroxide, calcium hydroxide, and barium sulfate.

15. The lithium-ion battery according to claim 10, wherein the binder is at least one selected from the group consisting of polyvinylidene fluoride, vinylidene fluoride-hexafluoropropylene copolymer, polyamide, polyacrylonitrile, polyacrylate, polyacrylic acid, polyacrylic acid salt, sodium carboxymethylcellulose, polyvinylpyrrolidone, polyvinyl ether, polymethyl methacrylate, polytetrafluoroethylene and polyhexafluoropropylene.

16. The lithium-ion battery according to claim 10, wherein the porous film has a porosity of 20% to 90%.

17. The lithium-ion battery according to claim 10, wherein the porous film has a thickness of 0.2 to 10 μm.

18. The lithium-ion battery according to claim 10, wherein a volume ratio of the inorganic particles to the binder is in a range of 0.2 to 3.0.

19. The lithium-ion battery according to claim 10, wherein the porous film is arranged on a surface of at least one selected from the group consisting of the positive electrode, the negative electrode and the separator.

ATL-EDTX728-0001451

# Electronic Acknowledgement Receipt

| EFS ID: | 40741211 |
|---|---|
| Application Number: | 17061427 |
| International Application Number: | |
| Confirmation Number: | 1915 |
| Title of Invention: | POROUS FILE AMD LITHIUM-ION BATTERY |
| First Named Inventor/Applicant Name: | Jianjian YI |
| Customer Number: | 24341 |
| Filer: | Yalei Sun |
| Filer Authorized By: | |
| Attorney Docket Number: | 024607-02-5054-US |
| Receipt Date: | 01-OCT-2020 |
| Filing Date: | |
| Time Stamp: | 20:10:24 |
| Application Type: | Utility under 35 USC 111(a) |

# Payment information:

| Submitted with Payment | yes |
|---|---|
| Payment Type | CARD |
| Payment was successfully received in RAM | $1720 |
| RAM confirmation Number | E202001K10507499 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |