# EXHIBIT E

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

ZHUHAI COSMX BATTERY CO., LTD.,

Petitioner

v.

NINGDE AMPEREX TECHNOLOGY LIMITED,

Patent Owner

_____

Case: IPR2025-00524

U.S. Patent No. 12,015,118

_____

**DECLARATION OF DEAN R. WHEELER, Ph.D., IN SUPPORT**

**OF PATENT OWNER'S PRELIMINARY RESPONSE**

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

involved. I am also familiar with the premise that for a reference to be reasonably pertinent, it must have logically commended itself to an inventor's attention at the time of invention.

## IV. TECHNOLOGY OVERVIEW

### A. Lithium Ion Batteries, Generally

41. In lithium-ion batteries, lithium ions shuttle back and forth between the negative electrode (anode) and positive electrode (cathode) during cycling. The movement of lithium ions from the anode to the cathode releases energy that powers whatever device is connected to the battery. The anode and the cathode each include an active material layer deposited on a current collector. A separator is positioned between the anode and the cathode to prevent direct contact between the electrodes, while still allowing lithium ions to pass between the electrodes. Direct contact between the anode and cathode, such as due to puncturing of the lithium-ion battery, can cause an electrical short, also referred to as a short circuit. Short circuits can result in a fire or explosion and are therefore a risk to the safety of users. Given the rapid popularization of lithium-ion batteries, and the safety risks associated with puncturing, manufacturers have placed increased attention on improving the safety performance of lithium-ion batteries.

13

Ningde Amperex Tech. Exhibit No. 2015
Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Tech.
IPR2025-00524, U.S. Patent No. 12,015,118
Page 17 of 113

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

### B. Electrode Compaction Density

42. The electrodes are films. The density of the final coating (in units of mass per volume) of an electrode film (e.g., a cathode) is controlled by two factors: (1) crystalline density and relative amounts of underlying solids and binder that make up the composite; and (2) porosity of the film. With respect to (1) crystalline density and relative amounts of underlying solids and binder that make up the composite, using a "rule of mixtures," material scientists routinely estimate the density of a solid composite of these materials at zero porosity. This represents the theoretical upper bound of density for a film made of this combination of materials, but it does not mean that a functional battery has (or can even achieve) a density equal to the upper bound. As mentioned above, lithium ions shuttle back and forth between the electrodes during cycling of the battery. This ion shuttling requires space between solids in each electrode, and so cathodes and anodes must have some space—measured as "porosity" to allow lithium ions to move.

43. The porosity of an electrode film is factor (2) impacting the density of an electrode film. Formally, porosity is represented as a volume fraction of pores or void space between solid materials, and only scales the composite density *downward* from the theoretical upper bound of density of (1) (without any pores). Porosity is controlled by (i) the way the solid materials are arranged and applied to the substrate

14

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

in the form of a liquid slurry that is coated and then dried; and (ii) the degree of calendering or compaction after the drying process, normally performed by rollers, which changes the final film thickness, and therefore, the porosity. With respect to the first factor impacting porosity, the distribution of solid particle sizes within the mixture impacts the porosity values that can be effective in a battery. For example, mixing large particles and small particles together achieves an electrode mixture that is functional at lower porosity values (and consequently, higher density values) as compared with a mixture of only large particles or only small particles. This is because the small particles are arranged within the interstices (or gaps) between the large particles, while retaining sufficient space between particles to allow lithium-ion transport through the mixture.

44.    When electrode compaction is performed, a compressive force is distributed across the planar area of the electrode, to a certain level of pressure or stress. This causes the electrode to permanently or plastically deform, which results in a decrease in thickness and porosity and an increase in density of the electrode coating. If the electrode at the time of compaction comprises more than one layer, then each layer is subject to the same stack pressure and responds accordingly—in other words, it is not possible to compact one layer without simultaneously subjecting all remaining layers to the same pressure. After the compaction is

Ningde Amperex Tech. Exhibit No. 2015
Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Tech.
IPR2025-00524, U.S. Patent No. 12,015,118
Page 19 of 113

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

performed, there might be some recovery or springback in which elastic forces cause the electrode or a constituent layer to increase modestly in porosity from the minimum value imparted by the compaction process. The recovery process typically takes a brief period of time that depends on the timescale for viscoelastic relaxation of the polymeric materials used in the film. Temperature would be another factor controlling this process. Once this recovery is complete the overall porosity and hence density of the electrode film will be stable until further manufacturing steps are undertaken.[4] Further, higher compressive forces applied in pursuit of higher electrode compaction densities are more likely to result in undesirable cracking or fracturing of the particles. Ex. 2040.

45.  As I alluded above, some amount of porosity in cathodes and anodes is required for a functional battery, to allow lithium ions to shuttle between the two electrodes. However, the degree of porosity required for a functional battery—and more specifically the degree of porosity required to optimize the performance of a

---

[4] Understanding density and porosity of battery materials is an area in which I have particular expertise. I have been performing such measurements and calculations across my entire career, including in publications given as Exs. 2028-2031.

16

Ningde Amperex Tech. Exhibit No. 2015
Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Tech.
IPR2025-00524, U.S. Patent No. 12,015,118
Page 20 of 113

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

battery—depends on a number of characteristics of each electrode and the overall goals of the electrode design. For example, a chosen porosity or compaction density of an electrode that optimizes the cell performance depends (in addition to the variety of potential measurements of "cell performance") on the active material used, the particle size distribution of the active material used, the conductive material used (to allow electron migration during discharge), the type of electrolyte used, the degree of compaction (which impacts "tortuosity" as I have discussed in my own publications), and other characteristics of the electrodes. Exs. 2029 and 2017.[5] Moreover, some applications do not require a maximum performance, but instead desire a cell with a higher degree of safety (even if that sacrifices performance). Such applications may require a higher porosity, and by extension, a lower compaction density for the cell. In short, it is difficult to predict an "optimal" compaction density and porosity of an electrode without extensive testing and a definition of which performance features and measurements are desirable for a specific battery's goals.

---

[5] Ex. 2017. V. Srinivasan and J. Newman, *Design and Optimization of a Natural Graphite/Iron Phosphate Lithium-Ion Cell*, 151 J. Electrochem. Soc. A1530 (2004) [https://iopscience.iop.org/article/10.1149/1.1785013] (last visited August 4, 2025).

17

Ningde Amperex Tech. Exhibit No. 2015
Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Tech.
IPR2025-00524, U.S. Patent No. 12,015,118
Page 21 of 113

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

### C.     The '118 Patent

46.    The '118 Patent describes an electrochemical device with a novel multi-layer electrode structure that avoids internal short circuits of the lithium-ion battery. *Id.*, 1:45-49.

47.    The '118 Patent describes that its novel multi-layer electrode structure avoids short circuits caused by external forces puncturing the battery. For example, the '118 Patent describes that providing a multi-layer cathode material avoids short circuits by placing a coating of the cathode with a higher resistivity on the surface of the positive electrode current collector "to avoid direct contact between the negative electrode active material layer and the positive electrode current collector so as to prevent the most dangerous short circuit mode from occurring." *Id.*, 3:21-30.

48.    As described in the '118 Patent, a first layer, which is positioned closest to the current collector of the electrode, comprises active material particles having a 90% accumulation volume (Dv90) less than 40 μm to promote adhesion of the active material to the current collector. *Id.*, 3:50-57; 4:55-62; 17:55-60. The adhesive first layer improves safety by reducing the likelihood of the active material delaminating or otherwise separating from the current collector when the battery is punctured, and thereby maintains a barrier between the cathode current collector and the anode to

18

Ningde Amperex Tech. Exhibit No. 2015
Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Tech.
IPR2025-00524, U.S. Patent No. 12,015,118
Page 22 of 113

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

prevent a short circuit. *Id*. 4:3-12. To achieve a higher compaction density above 3.2 g/cc[6] and increase the overall energy storage in the cell, the '118 Patent teaches the inclusion of a second layer with larger particles positioned further from the current collector than the first layer, which increases the total density of the cathode structure of the cell. *Id*., 6:4-27. The inventors found that this structure provides improved safety, increased manufacturability of the electrode (for instance, to withstand the compacting forces when both layers are simultaneously compacted in a single calendering step), and improved energy density of the cell. *Id*., 5:28-51; 6:7-12.

49.  Figure 2 of the '118 Patent, reproduced below with color annotations, illustrates the two-layer positive electrode structure.



---

[6] "g/cc," where cc means cubic centimeter, is a commonly used alternative expression for $g/cm^3$; the two units are used interchangeably in this declaration, depending on the source of a given density value.

19

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

50. The above figure shows a double-sided, two-layer positive electrode structure, including a current collector (1; in dark blue), "first" active material layers (3; in green), and "second" active material layers (2; in purple). *Id.*, 3:66-4:17. Each of the active material layers ("first" and "second" layers) contain a positive active material. *Id.*, 4:18-24. The active material of the "first" active material layer comprises one or more of: "lithium cobaltate, lithium manganate, lithium nickelate, lithium nickel cobalt manganese oxide, lithium iron phosphate, lithium iron manganese phosphate, lithium vanadium phosphate, lithium vanadyl phosphate, lithium-rich manganese-based materials, lithium nickel cobalt aluminate and lithium titanate, and combinations thereof." *Id.*, 4:33-40. The active material of the "second" active material layer comprises one or more of: "lithium cobaltate, lithium nickel cobalt manganese oxide, lithium nickel cobalt aluminum oxide, lithium-rich manganese-based material, lithium iron phosphate." *Id.*, 4:40-45.

51. The '118 Patent points out that there is some interaction between the first active material layer and the second active material layer (including based on electron conduction and adhesion), and so the particle size ratio of the second active material layer and the first active material layer is an important factor that affects performance of the lithium-ion battery. *Id.*, 5:19-27. To avoid damage to the first active material layer during cold pressing processes and to ensure maximum

20

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

adhesion between the first active material layer and the second active material layer, the '118 Patent proposes that the ratio of the Dv50 (of the second active material layer) to the Dv50 (of the first active material layer) should be between 1:1 and 1:40. *Id*. 5:28-36.

52. The '118 Patent also explains that the thickness of the first active material layer has a natural upper limit to achieve full coverage of the current collector. "Since the particle size of the positive electrode active material in the first active material layer is small and the binder contained in the first active material layer is larger than the binder in the second active material layer, the thickness of the first active material layer cannot be too large, otherwise it will reduce the energy density of lithium-ion batteries." *Id*., 5:56-62. The '118 Patent therefore teaches that the thickness of the first active material layer should be between 2 μm-30 μm after compaction. *Id*., 5:62-66. The '118 Patent also teaches that the thickness of the first active material layer is not less than Dv90 of the positive electrode active material in the first active material layer to ensure good coverage. *Id*., 5:66-6:12. To achieve high energy density, the '118 Patent teaches that the thickness of the second active material layer should be 30 μm or more. *Id*. After these layers are laminated onto the current collector, the layers should be compacted so that the first active material layer has a density greater than 2.8 g/cc, the second active material layer has a

21

Declaration of Dean R. Wheeler, Ph.D.
IPR2025-00524
U.S. Patent No. 12,015,118

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on the information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Executed on August 5, 2025.

_____

Dean R. Wheeler

**Ningde Amperex Tech. Exhibit No. 2015**
**Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Tech.**
**IPR2025-00524, U.S. Patent No. 12,015,118**
**Page 113 of 113**