IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED | § § § |
| v. | § § CASE NO. 2:24-cv-00728-JRG |
| ZHUHAI COSMX BATTERY CO., LTD. | § § § |

MINUTES FOR *MARKMAN* HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
January 20, 2026

**OPEN:  01:02 PM**                                                                                     **ADJOURN:  02:47 PM**

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANT:       See attached

TECHNICAL ADVISOR:                       Jane Du

LAW CLERK:                                           Hannah Keidan

COURT REPORTER:                             Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                     Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 01:02 PM | Court opened. |
| 01:03 PM | Court called for announcements from counsel. |
| 01:04 PM | Court began hearing claim construction argument on a claim-by-claim basis.<br>• Presented argument on behalf of Plaintiff:<br>  Mr. Michael Powell<br><br>• Presented argument on behalf of Defendant:<br>  Mr. Michael Hendershot<br>  Mr. Blaney Harper |
| 02:47 PM | Argument concluded. |
| 02:47 PM | Court to take claim construction under submission. |
| 02:47 PM | Court adjourned. |