## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, <br><br> *Plaintiff,* <br><br> vs. <br><br> ZHUHAI COSMX BATTERY CO., LTD., <br><br> *Defendant.* | Case No. 2:24-cv-728-JRG |

## NOTICE OF REQUESTS
## FOR DAILY TRIAL TRANSCRIPTS AND REAL TIME REPORTING

Defendant Zhuhai CosMX Battery Co., Ltd. hereby requests daily transcripts and real-time reporting of the court proceedings during the trial of this action.  Further, a copy of this request was also sent via electronic mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: May 12, 2026                  Respectfully submitted,

By: */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Michael C. Hendershot
JONES DAY
1755 Embarcadero Rd
Palo Alto, CA 94303
Phone: 650.739.3939
mhendershot@jonesday.com

Blaney Harper
JONES DAY
2727 N Harwood Street
Dallas, TX 75201-1515 Phone: 202.969.3725
bharper@jonesday.com

***ATTORNEYS FOR DEFENDANT
ZHUHAI COSMX BATTERY CO., LTD.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 12, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith