**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED,<br><br>    Plaintiff,<br><br>        v.<br><br>ZHUHAI COSMX BATTERY CO., LTD.,<br><br>    Defendant. | Civil Action No.: 2:24-cv-0728-JRG<br><br>Honorable Judge Gilstrap<br><br>Jury Trial Demanded |

**DEFENDANT ZHUHAI COSMX BATTERY CO., LTD.'S
<u>NOTICE OF RELATED PROCEEDINGS</u>**

Zhuhai CosMX Battery Co., Ltd. ("CosMX") hereby informs the Court of two developments related to this case and the upcoming June 1, 2026 Pretrial Conference.

**1.** CosMX informs the Court of the status of a pending Federal Circuit appeal filed by CosMX, *see Ningde Amperex Technology Ltd. v. Zhuhai CosMX Battery Co., Ltd.*, No. 25-1037 (Fed. Cir.), which arises out of the prior lawsuit filed by Ningde Amperex Technology Limited ("ATL") against CosMX in this Court, No. 2:22-cv-00232-JRG. CosMX's appeal from that case presents the legal issue, among others, of whether a claim for induced infringement under 35 U.S.C. § 271(b) can be based on a defendant's actions taken abroad or whether, instead, such conduct presents an impermissible extraterritorial application of § 271(b) under the Supreme Court's test in *RJR Nabisco Inc. v. European Community*, 579 U.S. 325 (2016), thereby precluding an induced infringement claim based on such conduct. *See Ningde Amperex Technology Ltd. v. Zhuhai CosMX Battery Co., Ltd.*, No. 25-1037 (Fed. Cir.), Dkt. 17 at 1, 23-24, 42-47. This legal issue is also presented in the pending case; CosMX raised this issue in its Motion for Summary Judgment No. 1 on Infringement and Damages Relating to Foreign Sales that is pending before

the Court and which is scheduled to be argued at the June 1, 2026 Pretrial Conference.  *See* Dkt. 212 (CosMX's Motion) at 1-2, 14-15; Dkt. 254 (CosMX's Reply in Support) at 1, 5.

CosMX wishes to make the Court aware of this overlap and that the Federal Circuit recently heard oral argument in the appeal on May 6, 2026.  At the conclusion of oral argument, the Federal Circuit took the case under advisement, and a written decision is expected to issue in due course.

2.      CosMX updates the Court on the status of the pending IPRs as they relate to this case.  *See, e.g.*, Dkt. 83, 89, & 133 (CosMX's prior notices).  Specifically, given ATL's withdrawal of two asserted patents, only four patents remain asserted in this case:  U.S. Patent No. 11,575,148 ("the '148 Patent"), U.S. Patent No. 11,923,498 ("the '498 Patent"), U.S. Patent No. 12,015,118 ("the '118 Patent"), and U.S. Patent No. 11,769,910 ("the '910 Patent").  The following claims of these patents are asserted:  claims 1, 4, 5, 6, 8, 10, 13, 14, 15, 17, and 19 of the '148 Patent; claims 1, 2, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22 of the '498 Patent; claims 1, 3, 4, 6, 7, 8, 10, 12, 13, 15, 16, 17, 19, and 20 of the '118 Patent; and claims 3, 17, and 20-26 of the '910 Patent.  Accordingly, at this juncture, three of the four asserted patents—the '148, '498, and '118 Patents—and 44 of the 53 asserted claims are in instituted IPRs.  *See Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Technology Ltd.*, IPR2025-00432 ('148 Patent), Paper 10 (Institution Decision); *Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Technology Ltd.*, *Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Technology Ltd.*, IPR2025-00389 ('498 Patent), Paper 11 (Institution Decision); *Zhuhai CosMX Battery Co. Ltd. v. Ningde Amperex Technology Ltd.*, IPR2025-00524 ('118 Patent), Paper 11 (Institution Decision).  The Final Written Decisions for these IPRs will issue by August 26, September 9, and October 24, 2026, respectively.

DATED:   May 14, 2026

Respectfully submitted,

By:   /s/ *Michael C. Hendershot*

Michael C. Hendershot
**JONES DAY**
1755 Embarcadero Rd.
Palo Alto, CA 94303
Phone: 650.739.3939
mhendershot@jonesday.com

Blaney Harper
**JONES DAY**
2727 N Harwood Street
Dallas, TX 75201-1515
Phone: 202.969.3725
bharper@jonesday.com

Melissa Richards Smith
SBN: 24001351
**GILLAM & SMITH LLP**
303 South Washington Ave.
Marshall, TX 75670
Phone: 903.934.8450
melissa@gillamsmithlaw.com

*Attorneys for Defendant,*
*Zhuhai CosMX Battery Co. Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 14, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a notice of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Melissa R. Smith*
Melissa R. Smith