**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, | § § § | |
| Plaintiff, | § § § | **Civil Action No.: 2:24-CV-00728-JRG** |
| v. | § § | **JURY TRIAL DEMANDED** |
| ZHUHAI COSMX BATTERY CO., LTD., | § § § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF REQUEST**
**FOR DAILY TRANSCRIPTS AND REAL TIME REPORTING**

Pursuant to the Court's April 23, 2026 Fifth Amended Docket Control Order, Plaintiff Ningde Amperex Technology Limited ("ATL"), hereby provide Notice of their request for both daily transcripts and real-time reporting of the trial proceedings in this case. A copy of this request is being sent via electronic mail to the Court Reporter, Shawn McRoberts, CSR.

DATED: May 18, 2026

Respectfully submitted,

By: /s/ *Michael D. Powell*
Michael D. Powell
California Bar No. 202850
QUINN EMANUEL URQUHART & SULLIVAN LLP
mikepowell@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Lance Yang
California Bar No. 260705
QUINN EMANUEL URQUHART & SULLIVAN LLP

lanceyang@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
MANN | TINDEL | THOMPSON
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 657-8540
Facsimile: (903) 657-6003 (fax)

*Attorneys for Plaintiff Ningde Amperex Technology Limited*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with notice of the filing of this sealed document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on May 18, 2026, and a copy of this sealed document, in its entirety, via electronic mail.

*/s/ Michael D. Powell*
Mike Powell