# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **NINGDE AMPEREX TECHNOLOGY LIMITED,** | § § § | |
| *Plaintiff,* | § § | Civil Action No.: 2:24-CV-00728-JRG |
| | § § | **JURY TRIAL DEMANDED** |
| **v.** | § § § | |
| **ZHUHAI COSMX BATTERY CO., LTD.,** | § § § | |
| *Defendant.* | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

**COME NOW** Plaintiff Ningde Amperex Technology Limited and Defendant Zhuhai CosMX Battery Co., Ltd. (the "Parties"), who notify the Court that all matters in controversy between the Parties have been settled, in principle, through mediation held on May 21, 2026. Accordingly, the Parties jointly move the Court to stay all deadlines in the above captioned case for thirty (30) days so that appropriate dismissal papers may be submitted.

1

Dated: May 22, 2026

*/s/ G. Blake Thompson*

**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 657-8540

Michael D. Powell
California Bar No. 202850
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
mikepowell@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Lance Yang
California Bar No. 260705
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
lanceyang@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

*/s/ Michael C. Hendershot*

Michael C. Hendershot
**JONES DAY**
1755 Embarcadero Rd.
Palo Alto, CA 94303
Phone: 650.739.3939
mhendershot@jonesday.com

Blaney Harper
**JONES DAY**
2727 N Harwood Street
Dallas, TX 75201-1515
Phone: 202.969.3725
bharper@jonesday.com

Melissa Richards Smith
SBN: 24001351
**GILLAM & SMITH LLP**
303 South Washington Ave
Marshall, TX 75670
Phone: 903.934.8450
melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT**

2

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendant complied with the meet and confer requirement in Local Rule CV-7(h), and all parties agree to the filing of this joint motion.

_/s/ G. Blake Thompson_
**G. Blake Thompson**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 22nd day of May, 2026.

_/s/ G. Blake Thompson_
**G. Blake Thompson**