**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED,<br><br>        Plaintiff,<br><br>        v.<br><br>ZHUHAI COSMX BATTERY CO., LTD.,<br><br>        Defendant. | Civil Action No.: 2:24-cv-0728-JRG<br><br>Honorable Judge Gilstrap<br><br>Jury Trial Demanded |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)(1)**

Plaintiff Ningde Amperex Technology Limited ("ATL") and Defendant Zhuhai CosMX Battery Co., Ltd. ("CosMX"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal with prejudice of all claims in this action, with each party to bear its own costs, expenses, and attorneys' fees.

DATED: June 8, 2026                Respectfully submitted,

By:  */s/ Mike Powell*
Michael D. Powell
California Bar No. 202850
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
mikepowell@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Lance Yang
California Bar No. 260705
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
lanceyang@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

1

Telephone: (213) 443-3000
Facsimile: (213) 443-3100

G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 657-8540
Facsimile: (903) 657-6003 (fax)

*Attorneys for Plaintiff Ningde Amperex Technology Limited*

By: */s/ Jennifer Swize*
Michael C. Hendershot
**JONES DAY**
1755 Embarcadero Rd
Palo Alto, CA 94303
Phone: 650.739.3939
mhendershot@jonesday.com

Blaney Harper
**JONES DAY**
2727 N Harwood Street
Dallas, TX 75201-1515 Phone: 202.969.3725
bharper@jonesday.com

Melissa Richards Smith
SBN: 24001351
**GILLAM & SMITH LLP**
303 South Washington Ave
Marshall, TX 75670
Phone: 903.934.8450
melissa@gillamsmithlaw.com

*Attorneys for Defendant Zhuhai CosMX Battery Co. Ltd.*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on June 8, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Mike Powell*
Michael D. Powell

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Defendant, and this stipulation is joint.

/s/ *Mike Powell*
Michael D. Powell